**ATTACHMENT 1**

# Florida Department of State



Ken Detzner
Secretary of State

Dr. Gisela Salas, Director
Division of
Elections

## Processing Ineligible Registered Voters- Non-Immigrants

Presented by:
Dr. Christopher Sharp, Chief
Bureau of Voter Registration
Services
April 2012

# Initial Identification of Non-U.S. Citizens

- FVRS voter registration records matched against DHSMV's DAVE records

- 1256 registered voters identified in this batch as 'non-immigrants' in DAVE and therefore potentially ineligible.

  - ✓ *Non-immigrant:* Someone who is legally authorized to be in the U.S. for a limited period of time and for specific activity or purpose.

  - ✓ *Non-immigrant:* Subject to annual renewal of driver's license or state ID card every year.

3

# Examples of Non-immigrants

- Temporary visitor for business or pleasure
- Diplomat or other foreign government official
- Students: academic, vocational
- Researcher
- Person in special or highly skilled occupation
- Temporary agricultural or seasonal worker
- Exchange Visitor
- Religious worker
- Entertainer
- Media, journalist
- Au pair
- Victim of human trafficking or other criminal activity
- A person seeking safe haven from dire homeland situations like civil war, natural disaster or other extraordinary conditions

# What BVRS Reviewed

Review of DHSMV DAVE database-initial screen:

✓ "Not a U.S. Citizen" status

✓ Foreign Country of Birth listed

✓ Supporting ID documents to comply with federal REAL ID Act

- *REAL ID Act requires persons to provide documentary proof of legal status whenever they apply or renew a driver's license or state ID card.*

- *By December 1, 2017, the cycle for all renewals will be completed and every record in DAVE will have supporting documentation of legal status in order for issuance or renewal of driver's license or state ID card.*

- *(For persons born after December 1, 1964, proof must be provided by December 1, 2014.)*

4

# BVRS Review-Cont'd

■ Review of REAL ID compliant documentation for legal status of non-U.S. citizens:

✓ Passport (country of origin)

✓ Visa

✓ Birth certificate

✓ "Green card" for legal permanent resident (not a U.S. citizen)

✓ Other government issued document authorizing temporary stay

# BVRS Review-Cont'd

- Cross-check of **ICE's** public online site regarding non U.S. citizen detainees

  https://locator.ice.gov/odls/homePage.do

  **ICE:** Immigration and Customs Enforcement bureau within the Department of Homeland Security (**DHS**). One of the 3 bureaus besides CIS (Citizenship and Immigration services ) and CBP (Customs and Border Patrol) that serves as successor to INS.

  NOTE: A DOS request is currently pending before DHS to access a federal database (such as SAVE--Systematic Alien Verification for Entitlements) and/or other federal databases in order to cross-check whether a non U.S. citizen's legal status has changed since obtaining a driver's license or state ID card.

# Content of List File



| CNTY OF RESIDENCE | FVRS VTR ID | FVRS VTR REG STAT | FVRS REG DATE | LAST NAME | FIRST NAME | MIDD LE N AME | HSMV SSN NO | HSMV LICENSE NO | HSMV G ENDER | HSMV BIRTH DATE | Verification status | Last DHMV transaction date | Reviewer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAL. | 123456789 | ACT | 9/18/2008 | SMITH | JOHN | A | 123456789 | Full DL # | M | 6/10/1978 | verified thru dave, non US citizen; verified through ICE | 11/23/2011 | Me |

Reviewer initials and date

Last date individual went to DHSMV

Notes from examiner that supporting documents were viewed to verify citizenship status, and citizenship status

These are our match items before we look for supporting documents. At least three criteria must be exact in FVRS and DAVE

7

# What to Do (cont'd)

Follow steps in section 98.075(6) and (7), F.S., as you would for any other potentially ineligible voter:

1. **Review file** information [Note: These files are <u>not</u> compiled electronically in the same way that the Division compiles felon or mental incompetency files. There are no attached scanned images or documents in these files.]

2. **Conduct** any additional research [Refer to whatever other sources you have to confirm identity and potential change in legal status. You should all have access to DHSMV's DAVE. If you find information credible and reliable, proceed.]

# What to Do (cont'd)

3. **Initiate notice (within 7 days).** Send notice by certified mail, return receipt requested or by some other means of verified delivery). Notice must include:

> A statement of **basis for ineligibility**

> A copy of any **supporting documentation**

- *Print out the latest screen shot from the DHSMV DAVE containing legal status. This is what DHSMV has last recorded.*

- *Redact confidential/personal identifying information such as DL, state ID #, SSN, and signature.*

> A statement that **failure to respond** within 30 days may result in removal from rolls

> A **return form** that requires voter to admit or deny accuracy of information

> A statement that a person denying ineligibility has a **right to a hearing**

> Contact information for Supervisor of Elections

> Instructions for seeking restoration of civil rights (Not applicable in these cases)

10

# DAVE Screen Shot (redacted)



**A SAFER**
**FLORIDA**
HIGHWAY SAFETY AND MOTOR VEHICLES

## MAN Driver And Vehicle Express (MDAVE)

DIGITAL IMAGES ARE RESTRICTED TO LAW ENFORCEMENT USE PURSUANT TO
S.322.142(4)FLORIDA STATUTES - IMAGES INCLUDE PHOTOGRAPHS AND SIGNATURES

### Individual Summary Page

[ New Search ]



| DL ID Number | Class E | Status VALID |
|---|---|---|

Historical Driver License Activity

| Date of Birth | Sex M | Height 6'02 | Country Of Birth CANADA |
|---|---|---|---|

| Restrictions A | | Endorsements | |

| Issue Date 03-09-11 | | Duplicate Date | Expiration Date 03-09-12 |

| SSN | | Form Number | |

Conditional Messages:
NOT A CITIZEN SAFE DRIVER

## Sample Notice

**Suggested Sample Notice to Send Potentially Ineligible Non-U.S. Citizen**

(Date)

(Voter's name and address)
(Voter Reg. No.)

Dear Mr./Mrs. XXXXXXX:

The _____ County Supervisor of Elections has received information from the Florida Division of Elections that calls into question your eligibility to be registered to vote. The information originated from the Florida Department of Highway Safety and Motor Vehicles (see attached) which lists you as not being a U.S. citizen. In Florida, only U.S. Citizens can register and vote. See s. 97.041, *Fla. Stat.* (2011).

Please complete and return the enclosed 'voter eligibility form' to the Supervisor of Elections' office within thirty (30) days of receipt.

If you believe we have made a mistake about your identity or citizenship status, or you have acquired citizenship since your last interaction with DHSMV, please include with the 'voter eligibility form' a copy of any document that either shows that you are not the person identified in this letter or that you are a U.S. citizen. The following documents are examples of proof of U.S. citizenship: U.S. Birth Certificate, Passport, U.S. Consular Certificate of Birth, or U.S. Certificate of Naturalization. If your name has changed or you use another name different from that on the document, please include a copy of the document showing that name change. You also have the right to request a hearing if you deny that the ineligibility information is accurate.

You may mail, fax or e-mail the voter eligibility form and supporting documentation or you can come in person with that form and any supporting document to the Supervisor of Elections' office. **If you fail to respond within thirty (30) days, we may determine that you are ineligible and remove your name from the voter registration rolls. You will then no longer be eligible to vote.**

You may reach our offices as follows: [insert contact information including phone number, physical street address, mailing address, fax number and e-mail address.]

Sincerely,

_____
Supervisor of Elections

Enclosures:  Voter Eligibility Form with Self-addressed Return Envelope
                    DAVE Screen shot

# What to Do (cont'd)

4. **Allow voter 30 days to respond** (if you receive verification that mail delivered)

5. **Publish notice** ONLY if notice undeliverable  (Section 98.075(7)(a)2.a.-e, Fla. Stat.)

6. **Provide hearing** ONLY if person denies ineligibility AND person requests hearing

13

## Sample Return Form

**Suggested Sample 'Voter Eligibility Form' to Send to Voter**

## VOTER ELIGIBILITY FORM

1. You have been identified as potentially ineligible to be registered to vote.
2. If you do not respond within thirty (30) days after receiving this notice, the supervisor of elections may determine that you are ineligible to be registered to vote and remove your name from the voter registration system.

### PLEASE PRINT

| Voter's Name | Last Name | First | Middle |
|---|---|---|---|

| Date of Birth (MM/DD/YY) | | | |
|---|---|---|---|

| Gender (please circle) | Male | Female | |
|---|---|---|---|

Personal Identifying Number (Provide only one of these card numbers)
Driver's License No or Florida ID Card No. | Last 4 Social Security No.

Residential Address

| Phone Number | Home: | | Work: |
|---|---|---|---|

Please check the box that applies to you sign and date form:

☐ Under penalties of perjury, I swear or affirm that the information that I am ineligible **is inaccurate** AND:

OR ____ I request a hearing. (Please bring whatever documents you have in support of your eligibility).

____ I do not request a hearing. Please see attached document in support of my eligibility. **DO NOT MAIL ORIGINAL.**

☐ Under penalties of perjury, I swear or affirm that the information that I am ineligible **is accurate**.

SIGNATURE OF VOTER: _____    **DATE:** _____

(It is a criminal offense to knowingly make a false statement in writing with the intent to mislead a public official in the performance of his or her official duty. s. 837.06, Fla. Stat.)

**Return form to:** [insert contact information: fax, e-mail, mailing and physical addresses]

14

# What to Do (cont'd)

## 7. Review proof of U.S. citizenship if provided

- ⟩ U.S. Passport Booklet or Card
- ⟩ U.S. Birth Certificate
- ⟩ U.S. Certificate of Consulate Birth
- ⟩ U. S. Certificate of Citizenship
- ⟩ U.S. Certificate of Naturalization

- *If there is a difference in name, the voter should provide the documentation supporting the name change, the voter will have to provide court order or marriage license showing authorized name change.*

- *Remember: 1. If a person has dual citizenship with the U.S. and another country, he or she is still eligible to register and vote as a U.S. citizen. 2. Persons born in certain U.S. territories (e.g., Puerto Rico, island of Guam, Panama Canal, Virgin Islands, etc.), he or she may be a U.S. citizen. Contact USCIS for confirmation*

# Sample Citizenship Documents

## CERTIFICATE OF CITIZENSHIP



## U.S. PASSPORT



16

# Sample Citizenship Documents

## CONSULAR REPORT OF BIRTH ABROAD



## CERTIFICATE OF NATURALIZATION



# Sample Citizenship Documents

## U.S. BIRTH CERTIFICATE SAMPLE - TEXAS



## U.S. BIRTH CERTIFICATE SAMPLE - FLORIDA



18

# What to Do

8. **Determine eligibility** of person based on information you have

9. **If ineligible, remove voter's name** from rolls

10. **Record the 'removal reason code'** as "K" for not U.S. citizen

11. **Send notice** to the voter regarding removal

12. **Retain record permanently** as they are part of the voter registration records. See item #158, GS-3 http://dlis.dos.state.fl.us/barm/genschedules/GS3.pdf

# Pointers

■ It is strongly encouraged but not required (for continuing registration purposes) that a registered voter who is determined to be a U.S. citizen to contact DHSMV to correct or update his or her legal status on record.

1) Refer person to DHSMV's website

www.GatherGoGet.com for documentation instructions
www.flhsmv.gov to locate driver license or tax collector offices

2) Provide DHSMV's "in-person" contact: 850-617-2000

# Pointers

- If you determine that a registered voter initially identified as not a U.S. citizen has subsequently become a U.S. citizen, this person shall be deemed eligible for purposes of continuing registration and should not be removed from the rolls.

- HOWEVER, the matter should be referred to the State Attorney.  See Section 104.011 (false swearing of an application) and Section 104.42, F.S. ('duty to report fraudulent registration and illegal voting').

# Required Feedback:

- If you determine that a registered voter is eligible for whatever reason (e.g., mismatch—misidentification, obtained U.S. citizenship, administrative error, etc.) then the voter's shall not be removed from the rolls.

1. **NOTIFY immediately the chief of the Bureau of Voter Registration Services**

2. **PROVIDE the registered voter's name and FVRS No.**

- This will help to ensure the integrity and improve the process.

# THE END

- QUESTIONS
- SUGGESTIONS
- COMMENTS

For further information or questions, contact:

Dr. Christopher Sharp,

Chief, Bureau of Voter Registration Services

Florida Department of State

850-245-6205