# ATTACHMENT 2

# FSASE
# Annual Summer
# Conference
# May 13-17, 2012

**L&A**

## Tampa, Florida

**Reports**

# Division of
# Elections
# Workshop

**FVRS**



**Handouts**

**05/13/12**

**Legal**

## Florida Department of State

**List Maintenance Categories and Procedures**

Presented by:
Dr. Gisela Salas, Director
Division of Elections

Maria Matthews
Office of General Counsel,
Department of State
Telephone: 850-245-6536

May 2012



Ken Detzner
Secretary of State

# Current List Statistics

- 53,448 SSA Death Match files processed
- 1,256 initially transferred –others to follow as we continue to vet
- 18,000 HSMV verifications
- 11,000 felon files – includes interstate sex offenders, and interstate felons
- 4,194 – BVS Death Matches

- Total = 137,642 files since January 1, 2012

# BVRS Initiatives

- SSA Death Match
- Interstate Felon
- Non-US Citizen Project

3

# SSA Death Match



4

# Workflow Overview



# Project Overview

- Project began on February 22, 2012; projected to last until 1st week of May
  - Began with an analysis of 90 million files
- Project ended on April 18, 2012
  - 53,448 SSA Death Match files processed

- Access to SSA database continues
- Ongoing relationships with border states

6





## Project overview

- Concentration on interstate felons and interstate sex offenders
- Records retrieved from FDLE, DOC, and DHSMV
  - 2102 interstate sex offenders examined – FDLE and DHSMV
    - Matching criteria based on; name, DOB, SSN
  - 192 interstate felons examined - DOC
    - 2 were valid matches and processed for removal
    - Interstate felon data is now a part of the DOC batch file that is run daily against FVRS

9

# Non-U.S. Citizenship Project

10



## Initial Identification of Non-U.S. Citizens

- Match between DHSMV's DAVE records against existing FVRS voter registration records

- Focus of review on two major potential categories of non-U.S. citizens:

  - ✓ *Non-immigrant:* Temporary (legal) status to be in the U.S. –i.e. limited period of time and/or for limited specific activity or purpose (generally must renew driver's license or state ID card every year)

  - ✓ *Immigrant*: Long-term/permanent lawful status to live and work in U.S.—i.e., lawful permanent resident

# What BVRS Reviewed

- **Verification of identity FVRS-DHSMV match** (requires min. 3-match criteria-name, DOB, last 4SSN or DL/State ID)

- **Reconfirmation that DAVID still lists person as non-U.S. citizen. Screen shows:**
  - ✓ "Not a U.S. citizen status
  - ✓ Foreign Country of Birth
  - ✓ Whether licensee has complied with REAL ID Act (meaning has the person come into DHSMV for a new license/state ID or renewal and provided documentary proof of legal status (whether citizen or not)

    Beginning January 1, 2010, no driver's license or state ID card can be issued or renewed without providing documentary proof of legal status. Full cycle of existing licensees for renewals should be done by December 1, 2017. *For persons born after December 1, 1964, proof must be provided by December 1, 2014*

13

# BVRS Review-Cont'd

- **If identity between FVRS and DHSMV records not verifiable as the same person → invalid match**

- **If REAL ID compliant documentation regarding U.S. citizenship is in DAVID→ invalid match:**
  - ✓ U.S. Passport Booklet or Card
  - ✓ U.S. Birth Certificate
  - ✓ U.S. Certificate of Consulate Birth
  - ✓ U. S. Certificate of Citizenship
  - ✓ U.S. Certificate of Naturalization

14

# BVRS Review-Cont'd

- Types of REAL ID compliant documentation available to assess legal status:
  - ✓ Passport (country of origin)
  - ✓ Birth certificate (U.S. or non-U.S.)
  - ✓ Certificate of naturalization
  - ✓ Visa
  - ✓ "Green card" for legal permanent resident (not a U.S. citizen)
  - ✓ Other government issued document authorizing temporary stay

15

# Content of Match File Sent to SOE



| CNTY OF RESIDENCE | FVRS ID | FVRS VTR REG STAT | FVRS REG DATE | LAST NAME | FIRST NAME | MIDD LE_N AME | HSMV_SSNNO | HSMV_LICENSE | HSMV_G ENDER | HSMV_BIRTH DATE | BVRS Review | Last DHMV transaction date | Reviewer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAL | 123456789 | ACT | 9/18/2008 | SMITH | JOHN | A | 123456789 | Full DL # | M | 6/10/1978 | | 11/23/2011 | Me 3-13-12 |

Notes from examiner regarding identity verification and check of legal status as last determined through DHSMV DAVID—may include alien registration #

Last time person had contact with DHSMV re new or renewal of license or state ID card

Reviewer initials and date

These are our match items before we look for supporting documents. At least three criteria must be exact in FVRS and DAVE

16

## SOE Process(cont'd)

SOE to follow steps in section 98.075(6) and (7),
F.S., as you would for any other potentially
ineligible voter:

**1. Review file** information

**2. Conduct** any additional **research** (you also have
access to DAVE now), and if information credible
and reliable to proceed.

17

## SOE Process (cont'd)

**3. Initiate notice** (send by certified mail, return receipt
requested, or by some other verified receipt)

❑ Notice must include:
- ✓ A statement of **basis for ineligibility**
- ✓ A copy of any **supporting documentation**



*[Copy of redacted DAVE screen shot showing
non-legal citizen status provided confidential/
personal identifying information such as DL, state ID #, SSN, and signature are redacted.]*

- ✓ A statement that **failure to respond** within 30 days may result in removal from rolls
- ✓ A **return form** that requires voter to admit or deny accuracy of information
- ✓ A statement that a person denying ineligibility has a **right to a hearing** n
- ✓ Contact information for Supervisor of Elections
- ✓ Instructions for seeking restoration of civil rights (if applicable)

18

## Sample Notice

- Suggested Sample Notice to Send Potentially Ineligible Non-U.S. Citizen

(Date)

(Voter's name and address)
(Voter Reg. No.)

Dear Mr./Mrs. XXXXXXX:

The ____________ County Supervisor of Elections has received information from the Florida Division of Elections that calls into question your eligibility to be registered to vote. The information originated from the Florida Department of Highway Safety and Motor Vehicles (see attached) which lists you as not being a U.S. citizen. In Florida, only U.S. Citizens can register and vote. See s. 97.041, *Fla. Stat.* (2011).

Please complete and return the enclosed 'voter eligibility form' to the Supervisor of Elections' office within thirty (30) days of receipt.

If you believe we have made a mistake about your identity or citizenship status, or you have acquired citizenship since your last interaction with DHSMV, please include with the 'voter eligibility form' a copy of any document that either shows that you are not the person identified in this letter or that you are a U.S. citizen. The following documents are examples of proof of U.S. citizenship: U.S. Birth Certificate, Passport, U.S. Consular Certificate of Birth, or U.S. Certificate of Naturalization. If your name has changed or you use another name different from that on the document, please include a copy of the document showing that name change. You also have the right to request a hearing if you deny that the ineligibility information is accurate.

You may mail, fax or e-mail the voter eligibility form and supporting documentation or you can come in person with that form and any supporting document to the Supervisor of Elections' office. **If you fail to respond within thirty (30) days, we may determine that you are ineligible and remove your name from the voter registration rolls. You will then no longer be eligible to vote.**

You may reach our offices as follows: [insert contact information including phone number, physical street address, mailing address, fax number and e-mail address.]

Sincerely,

______________________
Supervisor of Elections

Enclosures: Voter Eligibility Form with Self-addressed Return Envelope
DAVE Screen shot

## SOE Process (cont'd)

4. **Allow voter 30 days to respond** (if you receive verification that mail delivered)
5. **Publish notice** ONLY if notice undeliverable (s. 98.075(7)(a)2.a.-e.
6. **Provide hearing** ONLY if person denies ineligibility AND person requests hearing

**Sample Return Form**

**Suggested Sample 'Voter Eligibility Form' to Send to Voter**

### VOTER ELIGIBILITY FORM

1. You have been identified as potentially ineligible to be registered to vote.
2. If you do not respond within thirty (30) days after receiving this notice, the supervisor of elections may determine that you are ineligible to be registered to vote and remove your name from the voter registration system.

**PLEASE PRINT**

| Voter's Name | | | |
|---|---|---|---|
| | Last Name | First | Middle |

| Date of Birth (MM/DD/YY) | |
|---|---|

| Gender (please circle) | Male | Female |
|---|---|---|

**Personal Identifying Number** (Provide only one of these card numbers)

| Driver's License No or Florida ID Card No. | Last 4 Social Security No. |
|---|---|

| Residential Address | |
|---|---|

| Phone Number | Home: | Work: |
|---|---|---|

Please check the box that applies to you sign and date form:

☐ Under penalties of perjury, I swear or affirm that the information that I am ineligible is inaccurate
AND:

_____ I request a hearing. (Please bring whatever documents you have in support of your eligibility).
OR

_____ I do not request a hearing. Please see attached document in support of my eligibility. DO NOT MAIL ORIGINAL.

☐ Under penalties of perjury, I swear or affirm that the information that I am ineligible is accurate.

SIGNATURE OF VOTER: _____ DATE: _____

(It is a criminal offense to knowingly make a false statement in writing with the intent to mislead a public official in the performance of his or her official duty. s. 837.06, Fla. Stat.)

**Return form to:** [insert contact information: fax, e-mail, mailing and physical addresses)

21

---

## SOE Process(cont'd)

**7.** **Review <u>proof of U.S. citizenship</u> if provided**

✓ U.S. Passport Booklet or Card

✓ U.S. Birth Certificate

✓ U.S. Certificate of Consulate Birth

✓ U. S. Certificate of Citizenship

✓ U.S. Certificate of Naturalization

• *Remember:* 1. *Dual citizenship: Person is still eligible to register and vote as long as at least a U.S. citizen.* 2. *Other special circumstances in which person might be U.S. citizens if born in Puerto Rico (8 USC 1402), island of Guam (8 USC 1407), Virgin Islands (8 USC s. 1406), and Panama Canal Zone (8 USC s. 1403)*

22

## SOE Process

8. **Determine eligibility** of person based on information you have

9. **If ineligible, remove voter's name** from rolls

10. **Record the 'removal reason code'** as "K" for not U.S. citizen

11. **Send notice** to the voter regarding removal

12. **Retain record permanently** as they are part of the voter registration records. See item #158, GS-3 http://dlis.dos.state.fl.us/barm/genschedules/GS3.pdf

23

## Pointers

If a registered voter potentially identified as not a U.S. citizen

- ❖ Becomes a U.S. citizen any time between registration but before removal, such person shall be deemed eligible for purposes of continuing registration and <u>should not</u> be removed from the rolls.

- ❖ Becomes a U.S. citizen any time after determination of ineligibility/removal, he or she will have to re-register. (s. 98.075(7)(b)6., F.S.)

NOTE: SOEs have authority to investigate and refer fraudulent registrations or illegal voting to the state attorney's office. See Section 104.42, F.S.

24

## Pointers

If a registered voter potentially identified as a not
U.S. citizen

❖ Is removed based on a determination of ineligibility, he
   or she has the right to appeal in circuit court. See s.
   98.0755, F.S.

25

## Pointers

If a registered voter potentially identified as not U.S.
citizen

❖ Is removed, subsequently votes a provisional ballot because he
   or she claims to be U.S. citizen and was erroneously removed,

   ▪ **IF** proof shows U.S. citizenship existed/acquired any time before
     determination of ineligibility/removal, voter's name should be restored
     per s. 98.081(2), F.S. Then canvassing board shall count ballot per s.
     101.048 (2), F.S.

   ▪ **IF** proof shows U.S. citizenship acquired after determination of
     ineligibility/removal, the voter's provisional ballot cannot count because
     the person is not registered and not entitled to vote per s. 101.048(2),
     F.S.

26

## Requested Feedback:

1. **NOTIFY the chief of the Bureau of Voter Registration Services of all cases in which file match was identity mismatch, administrative error, U.S. citizenship acquired anytime before removal, or person U.S. born citizen.**

2. **PROVIDE the registered voter's name and FVRS No.**

- This will help to ensure the integrity and improve the process.

27

## Pointers

- It is strongly encouraged but not required (for continuing registration purposes) that a registered voter who is determined to be a U.S. citizen to correct or update his or her legal status on DHSMV record as soon as possible.

  ✓ Refer person to DHSMV's website

    www.GatherGoGet.com for documentation instructions
    www.flhsmv.gov to locate driver license or tax collector offices convenient to the person

  ✓ Provide DHSMV's in-person contact: 850-617-2000

28

# THE END

- QUESTIONS?
- SUGGESTIONS FOR IMPROVEMENTS/ENHANCMENTS?

For further information or questions, contact:

Chief, Bureau of Voter Registration Services

Florida Department of State

850-245-6205

29