# ATTACHMENT 3



Elections
2700 NW 87th Avenue
Miami, Florida 33172
T 305-499-VOTE  F 305-499-8547
TTY: 305-499-8480

miamidade.gov

May 31, 2012

Dr. Gisela Salas, Director
Florida Department of State
R.A. Gray Building
500 South Bronough Street
Tallahassee, Florida 32399-0250

Dear Dr. Salas:

As Supervisor of Elections (SOE) for Miami-Dade County, I am honored to have the opportunity to serve my community in such an important election year; and I do not take lightly my duty to protect the right to vote and preserve the integrity of the electoral process for all eligible voters in our county. That being said, on April 30, 2012, I received the final of three lists to date comprising 1,637 potential non-citizens from the State of Florida's (the State) Non-U.S. Citizen Project for voter notification and possible removal.

In accordance with F.S. 98.075 (7)(b) 1, my duty is to remove voters from the statewide voter registration system only after determining ineligibility based on a preponderance of the evidence before me. As you know, for a voter to be registered to vote in Florida they must sign an oath in a voter registration application solemnly swearing that the voter is a citizen of the United States. Providing false information to register to vote is a third degree felony. It is thus my duty to weigh that oath, along with any proof of citizenship provided by the registered voter, against any information provided to me that a registered voter is not a United States citizen.

After fulfilling my obligations under section 98.075 (7) to notify the registered voters on the State's Non-Citizens Match List and reviewing the responses from those voters, I find the State's Non-Citizens Match List to be unreliable and insufficient, on its own, to meet the preponderance of the evidence standard required to find that a registered voter is not a United States citizen. Therefore, as per our previous discussions, this letter serves to advise you of my inability to find many of the voters on this list ineligible. I have chosen to exercise my discretion under the law and will take no removal action under the State's Non-U.S. Citizen Project, other than those whose ineligibility has been demonstrated by a preponderance of the evidence, until such time as the State has conducted a comprehensive vetting process of Non-Citizens Match Lists against current, credible and reliable data sources.

This decision is based, in part, on the following:

- The Division of Elections, by its own admission, has established the unreliability of the source data for its Non-U.S. Citizenship Project, in that it is only as good as the last time the voter made contact with the Department of Highway Safety and Motor Vehicles (DHSMV). Division workshop documents indicate that "...Full cycle of existing licenses for renewals should be done by December 1, 2017, *For persons born after December 1, 1964, proof must be provided by December 1, 2014.*"

- The State did not provide supporting documentation upon which it based its initial potential ineligible determination. Section 98.075 clearly states "...The department shall review such information and make an initial determination as to whether the information is credible and reliable. If the department determines that the information is credible and reliable, the

department shall notify the *supervisor and provide a copy of the supporting documentation indicating the potential ineligibility of the voter to be registered."*

- The Division did not conduct a thorough vetting and or verification of voter matches within the statewide voter registration database (FVRS) or between FVRS and its data match source Department of Highway Safety and Motor Vehicles (DHSMV).

Upon receipt of the State's Non-Citizen Match Lists containing a combined total of 1,637 voters, we conducted an initial review of the lists. That review revealed:
- 32    Duplicates
- 25    Citizens (identified through DHSMV database DAVE)
- 3     Deceased voters (previously removed and indentified through FVRS)
- 5     Registered voters in other Florida counties (identified through FVRS)

In accordance with our obligations under the law, our office sent the remaining 1,570 registered voters the required notification letters. From those notifications, this office received the following responses to date:
- 446   Voters provided proof of citizenship
- 32    Voters advised they are citizens (pending documentation)

Based on the data stated above, the Non-U.S. Citizen Match Lists provided to Miami-Dade County have a known error rate between 31 to 33 percent and an actual error rate that may be potentially higher. Therefore, I cannot find by a preponderance of the evidence before me that the remaining voters who have not yet responded are ineligible, thereby potentially disenfranchising eligible voters based on an inaccurate list. While the importance of maintaining the accuracy of the voter rolls cannot be overstated, I have also taken an oath to protect the integrity of the electoral process.

I understand a second level of review and citizenship verification against the Department of Homeland Security Systematic Alien Verification for Entitlements Database (SAVE) may be underway. As such, attached are the names of those Miami-Dade voters for whom I have yet to receive either reliable or credible information from the Division of Elections and/or a response from the voter as a result of my notification. I respectfully request you cross check these names against this database, through your DHSMV contact, or any other updated data source you may find more viable than the one previously used. After such time, and only with a "preponderance of the evidence," will I take removal action.

I hope you can understand and appreciate my position. Should you have any questions or concerns, please feel free to contact me at 305-499-8509.

Sincerely,

Penelope Townsley, Supervisor of Elections
Miami-Dade Elections Department

c: Maria Matthews, Florida Department of State, Division of Elections

Attachment