IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF FLORIDA; KEN DETZNER, Secretary of State, in his official capacity,<br><br>Defendants. | CIVIL ACTION NO.<br>4:12-CV-00285-WS-CAS |

## NOTICE OF APPEARANCE

COME NOW the Plaintiff UNITED STATES OF AMERICA and advises that Trial Attorney Elise Sandra Shore appears as counsel for the United States.

Date: June 13, 2012

Respectfully submitted,

PAMELA C. MARSH
United States Attorney

THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division

/s/ *Elise Sandra Shore*

MICHAEL HARWIN
Georgia Bar Number 335605
Assistant United States Attorney
111 North Adams Street, 4th Floor
Tallahassee, Florida 32301
Tel: (850) 942-8483
Fax: (850) 942-8448

T. CHRISTIAN HERREN, JR
JOHN ALBERT RUSS IV
ELISE SANDRA SHORE
Georgia Bar Code No. 557131
JENIGH J. GARRETT
Attorneys, Voting Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Ave. NW
Room NWB-7254
Tel: (202) 305-0070
Fax: (202) 307-3961
Email: Elise.Shore@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing will be sent electronically to the registered participants (filed through EM/ECF system) and an e-mail copy of the same will be transmitted to the non-registered participants, on this the 13th day of June, 2012:

Daniel E. Nordby
Florida Department of State
R.A. Gray Building
500 S. Bronough Street
Tallahassee, FL 32399-0250
daniel.nordby@dos.myflorida.com

*/s/ Elise Sandra Shore*

ELISE SANDRA SHORE