IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 4:12-CV-00285-WS-CAS |
| STATE OF FLORIDA; KEN DETZNER, | ) |
| Secretary of State, in his official capacity, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF APPEARANCE**

COME NOW the Plaintiff UNITED STATES OF AMERICA and advises that Special

Litigation Counsel John Albert Russ IV appears as counsel for the United States.

Date:  June 13, 2012                          Respectfully submitted,

PAMELA C. MARSH                          THOMAS E. PEREZ
United States Attorney                       Assistant Attorney General
                                             Civil Rights Division


                                             /s/ John Albert Russ IV
                                             _____

MICHAEL HARWIN                           T. CHRISTIAN HERREN, JR
Georgia Bar Number 335605                JOHN ALBERT RUSS IV
Assistant United States Attorney          California Bar No. 192471
111 North Adams Street, 4th Floor         ELISE SANDRA SHORE
Tallahassee, Florida 32301                JENIGH J. GARRETT
Tel:  (850) 942-8483                      Attorneys, Voting Section
Fax: (850) 942-8448                       Civil Rights Division
                                          United States Department of Justice
                                          950 Pennsylvania Ave. NW
                                          Room NWB-7254
                                          Tel:  (202) 353-7738
                                          Fax: (202) 307-3961
                                          Email: John.Russ@usdoj.gov

- 2 -

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing will be sent electronically to the

registered participants (filed through EM/ECF system) and an e-mail copy of the same will be

transmitted to the non-registered participants, on this the 13th day of June, 2012:


Daniel E. Nordby
Florida Department of State
R.A. Gray Building
500 S. Bronough Street
Tallahassee, FL 32399-0250
daniel.nordby@dos.myflorida.com


*/s/ John Albert Russ IV*
_____
JOHN ALBERT RUSS IV