UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.     4:12cv285-WS

STATE OF FLORIDA; KEN DETZNER,
Secretary of State, in his official
capacity,

    Defendants.

_____

### ORDER OF DISQUALIFICATION

I hereby disqualify myself from participation as a judge in this case.

DONE AND ORDERED this   13th   day of   June  , 2012.

                              s/ William Stafford
                              WILLIAM STAFFORD
                              SENIOR UNITED STATES DISTRICT JUDGE