# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>STATE OF FLORIDA; KEN DETZNER,<br>Secretary of State, in his official capacity.<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL NO.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF ION V. SANCHO

I, Ion V. Sancho, hereby declare as follows:

1.     I am a U.S. citizen, a resident of Florida for 42 years, and a registered voter. I am registered to vote without a party affiliation.

2.     I am the elected Supervisor of Elections for Leon County and have served in this position for over 23 years. Leon County includes the City of Tallahassee, Florida's capital city. As Supervisor of Elections, my duties include: administering county, state, and federal elections; registering voters; providing for absentee and early voting; and upholding and administering state election laws. I was initially elected in 1988 and have been re-elected to five four-year terms. I have served with five Governors and eight Secretaries of State.

3.     In keeping with my duties as the Leon County Supervisor of Elections, I am an advocate for measures that protect the right to vote and increase participation among eligible voters. I also serve on the Board of Directors of the Florida State Association of Supervisors of Elections ("FSASE").

- 2 -

4.       My position and years of experience as a Supervisor of Elections place me in a unique position to (1) describe the events leading up to the State of Florida's recently implemented procedures for purging voter registration rolls; (2) explain these new purge procedures, which are based on State-generated lists with the names of currently registered voters who are alleged non-citizens; and (3) discuss the specific actions that I and other Supervisors of Elections took in response to learning about the implementation of these new voter purge procedures.

5.       Before I had received any official information from the Florida Division of Elections or any State-generated list of allegedly ineligible voters, I saw a news story that indicated that the State was in possession of a list of allegedly ineligible non-citizen registered voters, which was purportedly generated from matching a Department of Highway Safety and Motor Vehicles ("DHSMV") database with the voter registration records contained in the Florida Voting Registration System ("FVRS"). Based on that news report, I understood that the State had initially identified approximately 180,000 potentially ineligible non-citizen registered voters, but I am not aware of any supervisor of elections who has seen that purported list. The State has distributed a list of approximately 2,700 voters to counties across the state. The number of potential non-citizens (2,700) identified by the State is very small compared to the total number of voters registered in the State of Florida, and news reports indicate that many of those 2,700 individuals are, in fact, citizens eligible to vote.

6.       The Supervisors of Elections were first formally notified of the implementation of a new non-citizen purge on April 2, 2012, through an email entitled "List Maintenance information and webinar" sent to all Florida's 67 supervisors by Dr. Christopher R. Sharp, then Chief of Bureau of Voter Services at the Florida Department of State. On April 4, 2012, Leon

- 3 -

County received our CD from the State containing the names of 8 potential ineligible voters. On

April 12, 2012, the webinar was conducted by the Department presenting: (1) a PowerPoint

webinar presentation entitled "Processing Ineligible Registered Voters- Non-Immigrants"; (2) a

sample letter to send to voters; and (3) a voter eligibility form. On April 23, 2012, I received an

email from Eddie Phillips, acting on behalf of Dr. Gisela Salas, Director of the Florida Division

of Elections, notifying the Supervisors the Webinar and sample materials were now on the

Division's website. A copy of the April 23 email and documents linked to the email are attached

as Exhibits A1-A4 to this declaration.

      7.     The Secretary of State's April 12, 2012 webinar instructed each Supervisor of

Elections to take the following steps after receiving the State-generated list of potential non-

citizens who are current registered voters:

> Follow steps in section 98.075(6) and (7), F.S., as you would for any other potentially
> ineligible voter: (1) **Review file** information . . . (2) **Conduct** any additional **research**
> [Refer to whatever other sources you have to confirm identity and potential change in
> legal status. You should all have access to DHSMV's DAVE. If you find information
> credible and reliable, proceed.] (3) **Initiate notice (within 7 days). . . . Allow voter 30
> days to respond** (if you receive verification that mail delivered). . . .Determine eligibility
> of person based on information you have . . . If ineligible, remove voter's name from
> rolls.

Exhibit A2 at 8-18 (emphasis in original).

      8.     As noted above, the Secretary of State's April 23, 2012 email to the Supervisors

also contained links to two sample documents. The first document is a model letter for

Supervisors to send to the voters identified on the State-generated list. The notice provides, in

relevant part, that "[i]f you fail to respond within thirty (30) days, we may determine that you are

ineligible and remove your name from the voter registration rolls. You will then no longer be

eligible to vote." Exhibit A3 at 1. The second sample document, entitled "Voter Eligibility

Form," is the model form the State provided to Supervisors to send to those individuals identified

as potential non-citizens for purposes of confirming their eligibility (i.e., citizenship). The form

states, "You have been identified as potentially ineligible to be registered to vote . . . If you do

not respond with thirty (30) days after receiving this notice, the supervisor of elections may

determine that you are ineligible to be registered to vote and remove your name from the voter

registration system." Exhibit A4 at 1. The form also instructs the registered voter to check one

of several boxes offered; if a voter is eligible, the voter is instructed to check the box affirming,

under penalty of perjury "that the information that I am ineligible is **inaccurate**" and that the

voter is either requesting a hearing or is not requesting a hearing but is attaching certain

documents. Exhibit A4 at 1 (emphasis in original). Finally, the form states that "[i]t is a

criminal offense to knowingly make a false statement in writing with the intent to mislead a

public official in the performance of his or her official duty." *Id.*

      9.    During the week of May 13 to May 17, the FSASE held its 2012 summer

conference, which I attended. A copy of the conference materials I received from that

conference is attached as Exhibit A5. On May 16, 2012 (the third day of the conference), the

State had a presentation on the voter purge procedures, which the Division of Elections material

refers to as the "Non US Citizen Project." Exhibit A6 at slide 10. The meeting started late

because the Supervisors of Elections were discussing their serious concerns about the State's

proposal, which was the most contentious issue discussed at this conference. The Director of the

Division of Elections, Dr. Gisela Salas, and Maria Matthews, an attorney from the Department of

State's Office of General Counsel, presented information about the FVRS list maintenance

program intended to remove purported ineligible non-citizens from the lists of registered voters.

The topic was controversial, and provoked a strong reaction among the supervisors in

attendance, who described citizens who were outraged that their citizenship had been questioned

- 5 -

because they received a letter as a result of the State's program. Supervisors told the State that

they could not do what the State was asking.

10.     Based on my 23 years of experience as a Supervisor of Elections, I had never seen

the supervisors express as much concern over an issue presented during a FSASE conference.

During the May 16 presentation, the supervisors confronted the speakers with many questions

and objections. Specifically, the supervisors voiced serious concerns that the State-generated

lists of alleged ineligible voters contained too many "false positives." When asked how this

problem would be corrected, Dr. Salas responded that the Supervisors would have the burden of

verifying the accuracy of the information contained on the lists. Dr. Salas and Ms. Matthews

suggested that there may be other, more accurate methods of database matching voter records in

FVRS for purposes of identifying possible non-citizens, including the use of a federal database;

they further suggested that the Supervisors should use this federal database to verify the

eligibility of the voters in question. Supervisors spoke out against this proposal, however. They

questioned why the Division was tasking them with this additional burden, which included costs

not budgeted for by the supervisors. Some supervisors told the State officials that they could not

achieve what the State was demanding. As a result of this interaction, on Thursday, May 17,

2012, Dr. Salas announced that the State would bear the burden of conducting further

verification regarding the accuracy of the information in the State-generated list. Even so, the

State has not addressed whether any additional database matching by the State (using a federal

database or otherwise) will produce a more accurate list, nor has the State provided additional

funding to cover the administrative costs of mailing additional letters to voters who are on the

State's list.

- 6 -

11.     On April 4, 2012, I received a list of potentially ineligible voters from the Florida State Division of Elections. The list contained the names of eight voters who had been identified as a result of the State's database matching described in paragraph 5 above. Based on my understanding of the processes the State used to generate the State's list of registered voters to be removed (based on alleged non-citizenship) and the information as described elsewhere in this declaration, I concluded that the Secretary of State did not use the most accurate means of generating the lists sent to the supervisors. I therefore decided against sending any type of notice to the registered voters identified on the State's list. Rather, I worked with my staff to find the original registration paperwork for each current voter identified on the list. As a result of this process, I encountered two voter registration forms in which the individuals had checked the box "not citizen." After further research, a notice of denial was sent to these individuals advising them of their removal form our voter rolls and urging them to contact us if they desired more information on this matter. My office has not contacted any of the other individuals the Secretary of State identified as potential non-citizens.

12.     I will not remove any other voters from the list based on this matching process because I believe it requires individual counties to violate the National Voter Registration Act ("NVRA"). I view the procedure as a systematic purge that violates the law because it is being conducted less than 90 days before a federal election and because the systematic purge is based on inherently unreliable data that is not independently verifiable. The next elections for federal office are the August 14, 2012 primary election and the November 6, 2012 general election.

13.     The State's proposed procedure also places an undue burden on the counties at a time so close to the elections, when the Supervisors should be primarily focused on preparing for the upcoming federal primary and general elections. To the extent the Division of Elections

- 7 -

webinars place the burden with the Supervisors of Elections to independently verify information on a list that the State knows or should know is unreliable, this process is costly in terms of the administrative time and money needed to conduct it—for example, to generate, send, and process letters, and to conduct any additional follow-up procedures.

14. The State's purge procedures provide that the supervisors send a notice letter to voters who appeared on the State's list. This letter informs the voters that must return a voter eligibility form within 30 days, and notes that if the voter fails to respond within 30 days, the supervisor may determine that the voter is ineligible and remove the voter from the voter registration rolls. *See, e.g.*, Exhibit A3. This proposal is problematic for multiple reasons. First, the list of potential non-citizens generated by the State includes hundreds of eligible citizens, based on news reports from other counties who sent out these letters. Second, many citizens will take great offense at having their citizenship questioned, or may feel intimidated if they are a newly naturalized citizen who is being questioned about whether they can vote. Voters may not open their mail, may be away from the county during the 30 day period, or otherwise may not respond to this letter, and the burden should not be placed on registered voters to prove that they are citizens, particularly in light of the very high error rate with the State's list. If counties adopt the State's proposed procedures, and remove voters from the rolls for failing to respond to these notice letters, eligible citizens who are registered to vote will find themselves unable to vote on Election Day, even though they were eligible to vote and should not have been removed from the list in the first place.

15. Based on my experience as a supervisor of elections for 23 years, this controversy is similar to the controversy in the 2000 presidential election, when the State attempted to

- 8 -

remove potential convicted felons from the rolls, resulting in citizens who were not convicted felons losing the right to vote in the November 2000 election.

16.     The previous Florida Secretary of State, Kurt Browning, retired in February 2012. I am aware of an interview Mr. Browning conducted in which he said that the Governor ordered the Secretary of State's office to conduct this data-matching program, over Mr. Browning's objections.

17.     As discussed earlier, I am a member of the board of the FSASE.  On June 1, 2012, counsel for the FSASE, Ron Labasky, sent a legal update to supervisors of elections recommending that "Supervisors of Elections cease any further action until the issues [that] were raised by the Department of Justice are resolved between the parties or by a Court."  Exhibit A7. I concur with that recommendation.

I declare under penalty of perjury that the foregoing is true and correct.   Executed on This the ⎿⎽⎽ day of June, 2012.

Ion V. Sancho

**Exhibit A1**

| | |
|---|---|
| **From:** | Phillips, Eddie L. |
| **To:** | Phillips, Eddie L. |
| **Subject:** | List Maintenance of Potentional Non-Citizen Matches |
| **Date:** | Monday, April 23, 2012 5:17:52 PM |
| **Attachments:** | vivafl45.png |

Good afternoon Supervisors!

The SOE website has been updated with a revised PowerPoint presentation for List Maintenance of Potential Non-Citizen Matches.
Link to Webinar PowerPoint

Also, a sample word document and form is provided for your convenience. As discussed in the PowerPoint, you may attach a copy of the DAVE screenshot associated with the file.
Link to sample word document
Link to sample form

**Dr. Gisela Salas, Director**
Florida Division of Elections
Gisela.Salas@dos.myflorida.com
(850) 245-6268

**Florida is headed in the right direction!**
*Click to Enlarge*




The Department of State is leading the commemoration of Florida's 500th anniversary in 2013. For more information, please go to www.fla500.com.

The Department of State is committed to excellence.
Please take our Customer Satisfaction Survey.

**Exhibit A2**

# Florida Department of State



Ken Detzner
Secretary of State

Dr. Gisela Salas, Director
Division of
Elections

# Processing
# Ineligible
# Registered
# Voters-
# Non-Immigrants

Presented by:
Dr. Christopher Sharp, Chief
Bureau of Voter Registration
Services
April 2012

# Initial Identification of Non-U.S. Citizens

- FVRS voter registration records matched against DHSMV's DAVE records

- 1256 registered voters identified in this batch as 'non-immigrants' in DAVE and therefore potentially ineligible.

  ✓ *Non-immigrant:* Someone who is legally authorized to be in the U.S. for a limited period of time and for specific activity or purpose.

  ✓ *Non-immigrant:* Subject to annual renewal of driver's license or state ID card every year.

# Examples of Non-immigrants

- Temporary visitor for business or pleasure
- Diplomat or other foreign government official
- Students: academic, vocational
- Researcher
- Person in special or highly skilled occupation
- Temporary agricultural or seasonal worker
- Exchange Visitor
- Religious worker
- Entertainer
- Media, journalist
- Au pair
- Victim of human trafficking or other criminal activity
- A person seeking safe haven from dire homeland situations like civil war, natural disaster or other extraordinary conditions

3

# What BVRS Reviewed

## Review of DHSMV DAVE database-initial screen:

✓ "Not a U.S. Citizen" status

✓ Foreign Country of Birth listed

✓ Supporting ID documents to comply with federal REAL ID Act

- *REAL ID Act requires persons to provide documentary proof of legal status whenever they apply or renew a driver's license or state ID card.*

- *By December 1, 2017, the cycle for all renewals will be completed and every record in DAVE will have supporting documentation of legal status in order for issuance or renewal of driver's license or state ID card.*

- *(For persons born after December 1, 1964, proof must be provided by December 1, 2014.)*

4

# BVRS Review-Cont'd

- Review of REAL ID compliant documentation for legal status of non-U.S. citizens:

  - ✓ Passport (country of origin)

  - ✓ Visa

  - ✓ Birth certificate

  - ✓ "Green card" for legal permanent resident (not a U.S. citizen)

  - ✓ Other government issued document authorizing temporary stay

5

# BVRS Review-Cont'd

- Cross-check of **ICE's** public online site regarding non U.S. citizen detainees

  https://locator.ice.gov/odls/homePage.do

**ICE:** Immigration and **C**ustoms **E**nforcement bureau within the **D**epartment of **H**omeland **S**ecurity (**DHS**). One of the 3 bureaus besides CIS (Citizenship and Immigration services ) and CBP (Customs and Border Patrol) that serves as successor to INS.

NOTE: A DOS request is currently pending before DHS to access a federal database (such as SAVE--Systematic Alien Verification for Entitlements) and/or other federal databases in order to cross-check whether a non U.S. citizen's legal status has changed since obtaining a driver's license or state ID card.

9



# Content of List File

| CNTY OF RESIDENCE | FVRS VTR ID | FVRS VTR REG STAT | FVRS REG DATE | LAST NAME | FIRST_NAME | MIDDLE_N AME | HSMV_SSN NO | HSMV_LICENSE_NO | Full DL # | HSMV_G ENDER | HSMV_BIRTH DATE | Verification status | Last DHMV transaction date | Reviewer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAL | 123456789 | ACT | 9/18/2008 | SMITH | JOHN | A | 123456789 | | | M | 6/10/1978 | verified thru dave, non US citizen; verified through ICE | 11/23/2011 | Me 3-13-12 |

Reviewer initials and date

Last date individual went to DHSMV

Notes from examiner that supporting documents were viewed to verify citizenship status, and citizenship status

These are our match items before we look for supporting documents. At least three criteria must be exact in FVRS and DAVE

7

# What to Do (cont'd)

Follow steps in section 98.075(6) and (7), F.S., as you would for any other potentially ineligible voter:

1. **Review file** information [Note: These files are <u>not</u> compiled electronically in the same way that the Division compiles felon or mental incompetency files. There are no attached scanned images or documents in these files.]

2. **Conduct** any additional research [Refer to whatever other sources you have to confirm identity and potential change in legal status. You should all have access to DHSMV's DAVE. If you find information credible and reliable, proceed.]

8

# What to Do (cont'd)

3. **Initiate notice (within 7 days).** Send notice by certified mail, return receipt requested or by some other means of verified delivery). Notice must include:

- ✓ A statement of **basis for ineligibility**
- ✓ A copy of any **supporting documentation**
  - *Print out the latest screen shot from the DHSMV DAVE containing legal status. This is what DHSMV has last recorded.*
  - *Redact confidential/personal identifying information such as DL, state ID #, SSN, and signature.*
- ✓ A statement that **failure to respond** within 30 days may result in removal from rolls
- ✓ A **return form** that requires voter to admit or deny accuracy of information
- ✓ A statement that a person denying ineligibility has a **right to a hearing**
- ✓ Contact information for Supervisor of Elections
- ✓ Instructions for seeking restoration of civil rights (Not applicable in these cases)

DAVE Screen Shot (redacted)



**MAIN Driver And Vehicle Express (MDAVE)**

DIGITAL IMAGES ARE RESTRICTED TO LAW ENFORCEMENT USE PURSUANT TO
S.322.142(4)FLORIDA STATUTES - IMAGES INCLUDE PHOTOGRAPHS AND SIGNATURES

**Individual Summary Page**

New Search

DL/ID Number

Class
E

Status
VALID

Historical Driver License Activity

Date of Birth

Sex
M

Height
6'02

Country Of Birth
CANADA

Restrictions
A

Endorsements

Issue Date
03-08-11

Dup/Scate Date

Expiration Date
03-08-12

SSN

Form Number

Conditional Messages:
NOT A CITIZEN/SAFE DRIVER

10

# Sample Notice

Suggested Sample Notice to Send Potentially Ineligible Non-U.S. Citizen



(Date)

(Voter's name and address)
(Voter Reg. No.)

Dear Mr./Mrs. XXXXXXXX:

The _____ County Supervisor of Elections has received information from the Florida Division of Elections that calls into question your eligibility to be registered to vote. The information originated from the Florida Department of Highway Safety and Motor Vehicles (see attached) which lists you as not being a U.S. citizen. In Florida, only U.S. Citizens can register and vote. See s. 97.041, *Fla. Stat.* (2011).

Please complete and return the enclosed 'voter eligibility form' to the Supervisor of Elections' office within thirty (30) days of receipt.

If you believe we have made a mistake about your identity or citizenship status, or you have acquired citizenship since your last interaction with DHSMV, please include with the 'voter eligibility form' a copy of any document that either shows that you are not the person identified in this letter or that you are a U.S. citizen. The following documents are examples of proof of U.S. citizenship: U.S. Birth Certificate, Passport, U.S. Consular Certificate of Birth, or U.S. Certificate of Naturalization. If your name has changed or you use another name different from that on the document, please include a copy of the document showing that name change. You also have the right to request a hearing if you deny that the ineligibility information is accurate.

You may mail, fax or e-mail the voter eligibility form and supporting documentation or you can come in person with that form and any supporting document to the Supervisor of Elections' office. **If you fail to respond within thirty (30) days, we may determine that you are ineligible and remove your name from the voter registration rolls. You will then no longer be eligible to vote.**

You may reach our offices as follows: [insert contact information including phone number, physical street address, mailing address, fax number and e-mail address.]

Sincerely,

_____
Supervisor of Elections

Enclosures:   Voter Eligibility Form with Self-addressed Return Envelope
              DAVE Screen shot

11

# What to Do (cont'd)

4. **Allow voter 30 days to respond** (if you receive verification that mail delivered)

5. **Publish notice** ONLY if notice undeliverable (Section 98.075(7)(a)2.a.-e, Fla. Stat.)

6. **Provide hearing** ONLY if person denies ineligibility AND person requests hearing

Sample Return Form

Suggested Sample 'Voter Eligibility Form' to Send to Voter

# VOTER ELIGIBILITY FORM

1. You have been identified as potentially ineligible to be registered to vote.
2. If you do not respond within thirty (30) days after receiving this notice, the supervisor of elections may determine that you are ineligible to vote and remove your name from the voter registration system.

## PLEASE PRINT

| Voter's Name | Last Name | First | Middle |
|---|---|---|---|
| Date of Birth (MM/DD/YY) | | | |
| Gender (please circle) | Male | Female | |

Personal Identifying Number (Provide only one of these card numbers)
Driver's License No or Florida ID Card No.                     Last 4 Social Security No.

| Residential Address | | |
|---|---|---|
| Phone Number | Home: | Work: |

Please check the box that applies to you sign and date form:

☐ Under penalties of perjury, I swear or affirm that the information that I am ineligible is inaccurate AND:

    I request a hearing. (Please bring whatever documents you have in support of your eligibility).

OR

    I do not request a hearing. Please see attached document in support of my eligibility. DO NOT MAIL ORIGINAL.

☐ Under penalties of perjury, I swear or affirm that the information that I am ineligible is accurate.

SIGNATURE OF VOTER: _____     DATE: _____

(It is a criminal offense to knowingly make a false statement in writing with the intent to mislead a public official in the performance of his or her official duty. s. 837.06, Fla. Stat.)

**Return form to:** [insert contact information: fax, e-mail, mailing and physical addresses]

13

# What to Do (cont'd)

## 7. Review proof of U.S. citizenship if provided

- ✓ U.S. Passport Booklet or Card
- ✓ U.S. Birth Certificate
- ✓ U.S. Certificate of Consulate Birth
- ✓ U.S. Certificate of Citizenship
- ✓ U.S. Certificate of Naturalization

- *If there is a difference in name, the voter should provide the documentation supporting the name change, the voter will have to provide court order or marriage license showing authorized name change.*

- *Remember: 1. If a person has dual citizenship with the U.S. and another country, he or she is still eligible to register and vote as a U.S. citizen. 2. Persons born in certain U.S. territories (e.g., Puerto Rico, island of Guam, Panama Canal, Virgin Islands, etc.) , he or she may be a U.S. citizen.  Contact USCIS for confirmation*

14

Sample Citizenship Documents

## CERTIFICATE OF CITIZENSHIP



## U.S. PASSPORT



15

# Sample Citizenship Documents

## CONSULAR REPORT OF BIRTH ABROAD



## CERTIFICATE OF NATURALIZATION



Sample Citizenship Documents

## U.S. BIRTH CERTIFICATE SAMPLE -TEXAS



## U.S. BIRTH CERTIFICATE SAMPLE -FLORIDA



## What to Do

8. **Determine eligibility** of person based on information you have

9. **If ineligible, remove voter's name** from rolls

10. **Record the 'removal reason code'** as "K" for not U.S. citizen

11. **Send notice** to the voter regarding removal

12. **Retain record permanently** as they are part of the voter registration records. See item #158, GS-3 http://dlis.dos.state.fl.us/barm/genschedules/GS3.pdf

18

# Pointers

- It is strongly encouraged but not required (for continuing registration purposes) that a registered voter who is determined to be a U.S. citizen to contact DHSMV to correct or update his or her legal status on record.

1) Refer person to DHSMV's website

   www.GatherGoGet.com for documentation instructions

   www.flhsmv.gov to locate driver license or tax collector offices

2) Provide DHSMV's "in-person" contact: 850-617-2000

# Pointers

- If you determine that a registered voter initially identified as not a U.S. citizen has subsequently become a U.S. citizen, this person shall be deemed eligible for purposes of continuing registration and should not be removed from the rolls.

- HOWEVER, the matter should be referred to the State Attorney.  See Section 104.011 (false swearing of an application) and Section 104.42, F.S. ('duty to report fraudulent registration and illegal voting').

## Required Feedback:

- If you determine that a registered voter is eligible for whatever reason (e.g., mismatch— misidentification, obtained U.S. citizenship, administrative error, etc.) then the voter's shall not be removed from the rolls.

  1. NOTIFY immediately the chief of the Bureau of Voter Registration Services

  2. PROVIDE the registered voter's name and FVRS No.

- This will help to ensure the integrity and improve the process.

21

# THE END

- QUESTIONS
- SUGGESTIONS
- COMMENTS

For further information or questions, contact:

Dr. Christopher Sharp,

Chief, Bureau of Voter Registration Services

Florida Department of State

850-245-6205

**Exhibit A3**

(Date)

(Voter's name and address)
(Voter Reg. No.)

Dear Mr./Mrs. XXXXXXX:

The _____ County Supervisor of Elections has received information from the Florida Division of Elections that calls into question your eligibility to be registered to vote. The information originated from the Florida Department of Highway Safety and Motor Vehicles (see attached) which lists you as not being a U.S. citizen. In Florida, only U.S. Citizens can register and vote. See s. 97.041, *Fla. Stat.* (2011).

Please complete and return the enclosed 'voter eligibility form' to the Supervisor of Elections' office within thirty (30) days of receipt.

If you believe we have made a mistake about your identity or citizenship status, or you have acquired citizenship since your last interaction with DHSMV, please include with the 'voter eligibility form' a **copy** of any document that either shows that you are not the person identified in this letter or that you are a U.S. citizen. The following documents are examples of proof of U.S. citizenship: U.S. Birth Certificate, Passport, U.S. Consular Certificate of Birth, or U.S. Certificate of Naturalization. If your name has changed or you use another name different from that on the document, please include a copy of the document showing that name change. You also have the right to request a hearing if you deny that the ineligibility information is accurate.

You may mail, fax or e-mail the voter eligibility form and supporting documentation or you can come in person with that form and any supporting document to the Supervisor of Elections' office. **If you fail to respond within thirty (30) days, we may determine that you are ineligible and remove your name from the voter registration rolls. You will then no longer be eligible to vote.**

You may reach our offices as follows: [insert contact information including phone number, physical street address, mailing address, fax number and e-mail address.]

Sincerely,

_____
Supervisor of Elections

Enclosures:   Voter Eligibility Form with Self-addressed Return Envelope
              DAVE Screen shot

**Exhibit A4**

# VOTER ELIGIBILITY FORM

1. **You have been identified as potentially ineligible to be registered to vote.**
2. **If you do not respond within thirty (30) days after receiving this notice, the supervisor of elections may determine that you are ineligible to be registered to vote and remove your name from the voter registration system.**

## PLEASE PRINT

| **Voter's Name** | |
|---|---|
| | Last Name                   First                              Middle |

| **Date of Birth (MMDDYY)** | |
|---|---|

| **Gender** (please circle) | Male              Female |
|---|---|

**Personal Identifying Number**   (Provide only one of these card numbers)

Driver's License No or Florida ID Card No.                                          Last 4 Social Security No.

**Residential Address**

**Phone Number**  Home:                                              Work:

**Please check the box that applies to you sign and date form:**

☐ Under penalties of perjury, I swear or affirm that the information that I am ineligible is **inaccurate** AND:

_____I request a hearing. (Please bring whatever documents you have in support of your eligibility), OR

_____I do not request a hearing. Please see attached document in support of my eligibility. DO NOT MAIL ORIGINAL.

☐ Under penalties of perjury, I swear or affirm that the information that I am ineligible is **accurate**.

**SIGNATURE OF VOTER:** _____ **DATE:** _____

(It is a criminal offense to knowingly make a false statement in writing with the intent to mislead a public official in the performance of his or her official duty. s. 837.06, Fla. Stat.)

**Return form to:** [insert contact information: fax, e-mail, mailing and physical addresses]