**Exhibit A5**

**2012 ANNUAL SUMMER CONFERENCE AGENDA - FINAL**

**Sunday, May 13, 2012**

| | | |
|---|---|---|
| 3:00pm – 5:00pm | Registration | **Registration Desk** |
| 3:30pm – 5:00pm | FSASE Executive Committee | **Roseate Spoonbill Room** |
| 5:00pm – 6:00pm | FSASE Board of Directors | **Roseate Spoonbill Room** |

**Monday, May 14, 2012**

| | | |
|---|---|---|
| 8:30am – 5:00pm | Registration | **Registration Desk** |
| 7:00am – 2:30pm | Vendor Set-Up | **Foyer / White Ibis** |
| 9:00am – 12:00pm | User Groups | |
| | (9:00am – 10:00am A. Rifkin) | **Audubon B** |
| | (9:00am – 10:00am GeoElections/ICW) | **Sandhill Crane** |
| | (9:00am – 10:00am Caliper/Maptitude) | **Audubon C** |
| | (10:00am – 11:00pm Fidler & Axis) | **Audubon B** |
| | (10:00am – 11:00pm Runbeck) | **Sandhill Crane** |
| | (10:00am – 11:00pm ABS) | **Snowy Egret** |
| | (11:00am – 12:00pm SOE Software) | **Sandhill Crane** |
| | (11:00am – 12:00pm Relia-Vote/PB) | **Audubon B** |
| | (11:00am – 12:00pm Konnech) | **Cormorant** |
| 12:00pm – 1:30pm | Lunch (On Your Own) | |
| 1:30pm – 5:30pm | User Groups | |
| | (1:30pm – 2:30pm EViD) | **Audubon D, E, F** |
| | (2:30pm – 3:30pm VR) | **Audubon D, E, F** |
| | (3:30pm – 5:30pm ES&S) | **Audubon D, E, F** |
| | (3:30pm – 5:30pm Dominion) | **Audubon B** |
| | (3:30pm – 5:30pm Hart) | **Cormorant** |
| 6:30pm – 8:30pm | Welcome Reception | **Oystercatchers' Deck** |

Last Revised 5/3/2012

**Tuesday, May 15, 2012**

| | | |
|---|---|---|
| 7:30am – 5:00pm | Registration | **Registration Desk** |
| 7:30am – 5:00pm | Vendor Area Open | **Foyer / White Ibis** |
| 7:30am – 8:30am | Custom Breakfast | **Foyer / White Ibis** |
| 8:30am – 12:00pm | Staff Breakout Sessions | |
| | (8:30am – 10:15am Voter Education / Outreach Best Practices) | **Audubon B/C** |
| | (8:30am – 10:15am DOE L&A Best Practices) | **Audubon D/F** |
| | (10:30am – 12:00pm DOE Election Reporting Best Practices) | **Audubon B/C** |
| | (10:30am – 12:00pm Precinct Consolidation Best Practices) | **Audubon D/F** |
| 8:30am – 10:30am | FSASE Business Meeting | **Audubon A** |
| 10:30am – 10:45am | Break | |
| 10:45am – 12:00pm | Opening General Session | **Audubon A** |
| | Introduce Vendors | |
| | Administrative Rules Report | |
| | Federal/State Legislative Report | |
| | Vote Center Task Force Report | |
| 12:00pm – 1:30pm | Lunch (On Your Own) | |
| 1:30pm – 4:30pm | Program Presentations | **Audubon A** |

- DAVE and other HSMV resources
  Boyd Walden, Director Motorist Services Florida HSMV
- Social Networking and Emerging Technologies
  Josh Hallett, Director Voce Communications
- Vote Centers
  Hon. Bill Cowles & Hon. Susan Gill
- Florida Senate Redistricting Committee
  John Guthrie, Staff Director

| | | |
|---|---|---|
| 6:00pm – 7:00pm | Banquet Social Hour | **Audubon Foyer** |
| 7:00pm – 1100pm | Banquet | **Audubon A-C** |
| | Installation of Officers | |

Last Revised 5/3/2012

**<u>Wednesday, May 16, 2012</u>**

| | | |
|---|---|---|
| 7:30am – 1:30pm | Registration | **<u>Registration Desk</u>** |
| 7:30am – 3:30pm | Vendor Area Open | **<u>Foyer / White Ibis</u>** |
| 7:30am – 8:30am | Custom Breakfast | **<u>Foyer / White Ibis</u>** |

8:30am – 12:00pm          Program Presentations          **<u>Audubon A-C</u>**
- USPS – Elections Mail Class Update
  Charles Goodin, Mailing Solutions Specialist USPS North FL District
- Signature Verification
  Richard Orsini, Forensic Document Examiner
- Dr. Gisela Salas, Director DOE
  - FVRS List Maintenance
    - Gisela Salas / Maria Matthews
  - ACP Program
    - Gisela Salas / Maria Matthews

12:00pm – 1:30pm          Presentation Luncheon
                         (A conversation with Ruhl Pace, Special Honored Guest)

1:30pm – 4:30pm          Division of Elections Workshop Part 1          **<u>Audubon A-C</u>**
- Campaign/Candidate Qualifying Issues - Gisela Salas
- NVRA Outreach/Voter Education - Maria Matthews
- E-night Reporting Best Practices - Gisela Salas
- Post-Election Audit Reports – Gisela Salas/David Drury
- Media Relations - Gisela Salas

5:00pm                    Dinner (On Your Own)

8:00pm – 10:00pm          Ice Cream Social

**<u>Thursday, May 17, 2012</u>**

| | | |
|---|---|---|
| 7:30am – 8:30am | Buffet Breakfast | **<u>Foyer / White Ibis</u>** |
| 8:30am – 12:00pm | Division of Elections Workshop Part 2<br>• Rules Update - Maria Matthews<br>• Legislative Update - Maria Matthews<br>• Wrap-up – Gisela Salas | **<u>Audubon A-C</u>** |
| 12:00pm | Conference Adjourns | |

**Exhibit A6**

# FSASE
# Annual Summer
# Conference
# May 13-17, 2012

## Tampa, Florida

# Division of
# Elections
# Workshop



**05/13/12**

L&A

Reports

FVRS

Handouts

Legal

# Florida Department of State

**List Maintenance Categories and Procedures**

Presented by:
**Dr. Gisela Salas, Director**
**Division of Elections**

**Maria Matthews**
**Office of General Counsel,**
**Department of State**
**Telephone: 850-245-6536**

**May 2012**



Ken Detzner
Secretary of State

# Current List Statistics

- 53,448 SSA Death Match files processed
- 1,256 initially transferred –others to follow as we continue to vet
- 18,000 HSMV verifications
- 11,000 felon files – includes interstate sex offenders, and interstate felons
- 4,194 – BVS Death Matches

- Total = 137,642 files since January 1, 2012

# BVRS Initiatives

- SSA Death Match
- Interstate Felon
- Non-US Citizen Project

3

# SSA Death Match

4

# Workflow Overview



# Project Overview

- Project began on February 22, 2012; projected to last until 1st week of May
  - Began with an analysis of 90 million files
- Project ended on April 18, 2012
  - 53,448 SSA Death Match files processed

- Access to SSA database continues
- Ongoing relationships with border states





## Project overview

- Concentration on interstate felons and interstate sex offenders
- Records retrieved from FDLE, DOC, and DHSMV
  - 2102 interstate sex offenders examined – FDLE and DHSMV
    - Matching criteria based on; name, DOB, SSN
  - 192 interstate felons examined - DOC
    - 2 were valid matches and processed for removal
    - Interstate felon data is now a part of the DOC batch file that is run daily against FVRS

9

# Non-U.S. Citizenship Project

10



# Workflow Overview

- **Match** between DHSMV's DAVE records against existing FVRS voter registration records

- **Focus** of review on two major potential categories of non-U.S. citizens:

  ✓ *Non-immigrant*: Temporary (legal) status to be in the U.S. –i.e. limited period of time and/or for limited specific activity or purpose (generally must renew driver's license or state ID card every year)

  ✓ *Immigrant*: Long-term/permanent lawful status to live and work in U.S.—i.e., lawful permanent resident

12

## What BVRS Reviewed

- Verification of identity FVRS-DHSMV match (requires min. 3-match criteria-name, DOB, last 4SSN or DL/State ID)

- Reconfirmation that DAVID still lists person as non-U.S. citizen. Screen shows:
  - ✓ "Not a U.S. citizen status
  - ✓ Foreign Country of Birth
  - ✓ Whether licensee has complied with REAL ID Act (meaning has the person come into DHSMV for a new license/state ID or renewal and provided documentary proof of legal status (whether citizen or not)

    Beginning January 1, 2010, no driver's license or state ID card can be issued or renewed without providing documentary proof of legal status. Full cycle of existing licensees for renewals should be done by December 1, 2017. *For persons born <u>after</u> December 1, 1964, proof must be provided by December 1, 2014*

13

## BVRS Review-Cont'd

- If identity between FVRS and DHSMV records not verifiable as the same person ➔ invalid match

- If REAL ID compliant documentation regarding U.S. citizenship is in DAVID➔ invalid match:
  - ✓ U.S. Passport Booklet or Card
  - ✓ U.S. Birth Certificate
  - ✓ U.S. Certificate of Consulate Birth
  - ✓ U. S. Certificate of Citizenship
  - ✓ U.S. Certificate of Naturalization

14

# BVRS Review-Cont'd

- Types of REAL ID compliant documentation available to assess legal status:
  - ✓ Passport (country of origin)
  - ✓ Birth certificate (U.S. or non-U.S.)
  - ✓ Certificate of naturalization
  - ✓ Visa
  - ✓ "Green card" for legal permanent resident (not a U.S. citizen)
  - ✓ Other government issued document authorizing temporary stay

15

# Content of Match File Sent to SOE



| CNTY OF RESIDENCE | FVRS ID | FVRS VTR REG STAT | FVRS REG DATE | LAST NAME | FIRST_NAME | MIDDLE_NAME | HSMV_SSN NO | HSMV_LICENSE_NO | HSMV_GENDER | HSMV_BIRTH DATE | BVRS Review | Last DHMV transaction date | Reviewer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAL | 123456789 | ACT | 9/18/2008 | SMITH | JOHN | A | 123456789 | Full DL # | M | 6/10/1978 | | 11/23/2011 | Me 3-13-12 |

Notes from examiner regarding identity verification and check of legal status as last determined through DHSMV DAVID—may include alien registration #

Last time person had contact with DHSMV re new or renewal of license or state ID card

Reviewer initials and date

These are our match items before we look for supporting documents. At least three criteria must be exact in FVRS and DAVE

16

# SOE Process(cont'd)

SOE to follow steps in section 98.075(6) and (7), *035*
F.S., as you would for any other potentially
ineligible voter:

**1.** **Review file** information

**2.** **Conduct** any additional **research** (you also have
access to DAVE now), and if information credible
and reliable to proceed.

17

# SOE Process (cont'd)

**3.** **Initiate notice** (send by certified mail, return receipt
requested, or by some other verified receipt)

☐ Notice must include:
- ✓ A statement of **basis for ineligibility**
- ✓ A copy of any **supporting documentation**

*[Copy of redacted DAVE screen shot showing
non-legal citizen status provided confidential/
personal identifying information such as DL, state ID #, SSN, and signature are redacted.]*



- ✓ A statement that **failure to respond** within 30 days may result in removal from rolls
- ✓ *A* **return form** that requires voter to admit or deny accuracy of information
- ✓ A statement that a person denying ineligibility has a **right to a hearing** n
- ✓ Contact information for Supervisor of Elections
- ✓ Instructions for seeking restoration of civil rights (if applicable)

18

## Sample Notice

**Suggested Sample Notice to Send Potentially Ineligible Non-U.S. Citizen**

(Date)

(Voter's name and address)
(Voter Reg. No.)

Dear Mr./Mrs. XXXXXXX:

The _____ County Supervisor of Elections has received information from the Florida Division of Elections that calls into question your eligibility to be registered to vote. The information originated from the Florida Department of Highway Safety and Motor Vehicles (see attached) which lists you as not being a U.S. citizen. In Florida, only U.S. Citizens can register and vote. See s. 97.041, *Fla. Stat.* (2011).

Please complete and return the enclosed 'voter eligibility form' to the Supervisor of Elections' office within thirty (30) days of receipt.

If you believe we have made a mistake about your identity or citizenship status, or you have acquired citizenship since your last interaction with DHSMV, please include with the 'voter eligibility form' a copy of any document that either shows that you are not the person identified in this letter or that you are a U.S. citizen. The following documents are examples of proof of U.S. citizenship: U.S. Birth Certificate, Passport, U.S. Consular Certificate of Birth, or U.S. Certificate of Naturalization. If your name has changed or you use another name different from that on the document, please include a copy of the document showing that name change. You also have the right to request a hearing if you deny that the ineligibility information is accurate.

You may mail, fax or e-mail the voter eligibility form and supporting documentation or you can come in person with that form and any supporting document to the Supervisor of Elections' office. **If you fail to respond within thirty (30) days, we may determine that you are ineligible and remove your name from the voter registration rolls. You will then no longer be eligible to vote.**

You may reach our offices as follows: [insert contact information including phone number, physical street address, mailing address, fax number and e-mail address.]

Sincerely,

_____
Supervisor of Elections

Enclosures:  Voter Eligibility Form with Self-addressed Return Envelope
             DAVE Screen shot

19

## SOE Process (cont'd)

4. **Allow voter 30 days to respond** (if you receive verification that mail delivered)

5. **Publish notice** ONLY if notice undeliverable (s. 98.075(7)(a)2.a.-e.

6. **Provide hearing** ONLY if person denies ineligibility AND person requests hearing

## Sample Return Form

**Suggested Sample 'Voter Eligibility Form' to Send to Voter**

**VOTER ELIGIBILITY FORM**

1. You have been identified as potentially ineligible to be registered to vote.
2. If you do not respond within thirty (30) days after receiving this notice, the supervisor of elections may determine that you are ineligible to be registered to vote and remove your name from the voter registration system.

**PLEASE PRINT**

| Voter's Name | | | |
|---|---|---|---|
| | Last Name | First | Middle |

| Date of Birth (MMDDYY) | |
|---|---|

| Gender (please circle) | Male | Female |
|---|---|---|

Personal Identifying Number  (Provide only one of these card numbers)

| Driver's License No or Florida ID Card No. | | Last 4 Social Security No. |
|---|---|---|

| Residential Address | |
|---|---|

| Phone Number | Home: | | Work: |
|---|---|---|---|

**Please check the box that applies to you sign and date form:**

☐ Under penalties of perjury, I swear or affirm that the information that I am ineligible is **inaccurate** AND:

_____ I request a hearing. (Please bring whatever documents you have in support of your eligibility),

OR

_____ I do not request a hearing. Please see attached document in support of my eligibility. DO NOT MAIL ORIGINAL.

☐ Under penalties of perjury, I swear or affirm that the information that I am ineligible is **accurate**.

SIGNATURE OF VOTER: _____ DATE: _____

(It is a criminal offense to knowingly make a false statement in writing with the intent to mislead a public official in the performance of his or her official duty. s. 837.06, Fla. Stat.)

**Return form to:** [insert contact information: fax, e-mail, mailing and physical addresses]

21

---

## SOE Process(cont'd)

**7.** **Review proof of U.S. citizenship if provided**

✓ U.S. Passport Booklet or Card

✓ U.S. Birth Certificate

✓ U.S. Certificate of Consulate Birth

✓ U.S. Certificate of Citizenship

✓ U.S. Certificate of Naturalization

• *Remember: 1. Dual citizenship: Person is still eligible to register and vote as long as at least a U.S. citizen. 2. Other special circumstances in which person might be U.S. citizens if born in Puerto Rico (8 USC 1402), island of Guam (8 USC 1407), Virgin Islands (8 USC s. 1406), and Panama Canal Zone (8 USC s. 1403)*

22

## SOE Process

8. **Determine eligibility** of person based on information you have

9. **If ineligible, remove voter's name** from rolls

10. **Record the 'removal reason code'** as "K" for not U.S. citizen

11. **Send notice** to the voter regarding removal

12. **Retain record permanently** as they are part of the voter registration records. See item #158, GS-3
http://dlis.dos.state.fl.us/barm/genschedules/GS3.pdf

23

## Pointers

If a registered voter potentially identified as not a U.S. citizen

❖ Becomes a U.S. citizen any time between registration but before removal, such person shall be deemed eligible for purposes of continuing registration and should not be removed from the rolls.

❖ Becomes a U.S. citizen any time after determination of ineligibility/removal, he or she will have to re-register. (s. 98.075(7)(b)6., F.S.)

NOTE: SOEs have authority to investigate and refer fraudulent registrations or illegal voting to the state attorney's office. See Section 104.42, F.S.

24

## Pointers

If a registered voter potentially identified as a not U.S. citizen

❖ Is removed based on a determination of ineligibility, he or she has the right to appeal in circuit court. See s. 98.0755, F.S.

25

## Pointers

If a registered voter potentially identified as not U.S. citizen

❖ Is removed, subsequently votes a provisional ballot because he or she claims to be U.S. citizen and was erroneously removed,

▪ **IF** proof shows U.S. citizenship existed/acquired any time before determination of ineligibility/removal, voter's name should be restored per s. 98.081(2), F.S. Then canvassing board shall count ballot per s. 101.048 (2), F.S.

▪ **IF** proof shows U.S. citizenship acquired after determination of ineligibility/removal, the voter's provisional ballot cannot count because the person is not registered and not entitled to vote per s. 101.048(2), F.S.

26

## Requested Feedback:

1.  NOTIFY the chief of the Bureau of Voter Registration Services of all cases in which file match was identity mismatch, administrative error, U.S. citizenship acquired anytime before removal, or person U.S. born citizen.

2.  PROVIDE the registered voter's name and FVRS No.

- This will help to ensure the integrity and improve the process.

27

## Pointers

- It is strongly encouraged but not required (for continuing registration purposes) that a registered voter who is determined to be a U.S. citizen to correct or update his or her legal status on DHSMV record as soon as possible.

✓Refer person to DHSMV's website

www.GatherGoGet.com for documentation instructions
www.flhsmv.gov to locate driver license or tax collector offices convenient to the person

✓Provide DHSMV's in-person contact: 850-617-2000

28

# THE END

- QUESTIONS?
- SUGGESTIONS FOR IMPROVEMENTS/ENHANCMENTS?

For further information or questions, contact:

Chief, Bureau of Voter Registration Services

Florida Department of State

850-245-6205

29

**Exhibit A7**

## <u>FSASE LEGAL UPDATE</u>

**From: Ron Labasky, Esquire**

**Date: June 1, 2012**

---

Yesterday, several legal issues were decided or occurred which need to be addressed immediately.

<u>Non-Citizen Voters</u>: Late yesterday, the Department of State sent a memo to all the Supervisors advising on the status of their efforts with respect to developing a list of voters who may have issues with respect to their citizenship. At approximately the same time, the Department of State received a letter from the United States Department of Justice questioning the development of that list and the implementation of this program to review the status of those voters and remove them. The Department of Justice questions the propriety of that action by the Department under the provisions of the National Voter Registration Act of 1993 and questions whether the Department's program is in violation of the NVRA in light of the fact that we are within 90 days of the date of the Primary Election and whether preclearance is necessary. Section 8 of the NVRA prohibits states from implementing any program, with the purpose to systematically remove names of ineligible voters from the official list of eligible voters within 90 days of a federal election. There are exceptions to that 90-day window for persons who request their registration be cancelled, persons who are determined to have committed a criminal conviction or have suffered a mental incapacity, or for persons who have died. Based upon the failure to be within the list of the exceptions in the NVRA, the Department of Justice submits that this program needs to stop.

The Department of Justice requested the Department of State to advise it, not later than June 6, whether, under the circumstances, the state intends to cease its practice.

## FSASE LEGAL UPDATE

My advice under these circumstances, and based upon the previous issues that have been presented concerning the list, as well as the fact that the Department has indicated its intent to take further actions to review its list to determine its validity, I recommend that Supervisors of Elections cease any further action until the issues were raised by the Department of Justice are resolved between the parties or by a Court.

League of Women Voters of Florida v. Browning, et al.: This case was a challenge by several parties to the 2011 revisions to Section 97.0575, Florida Statutes, and implementing portions of that statute in Rule 1S-2.042, F.A.C. The Plaintiffs challenged various revisions placed upon third-party registration organizations. The U.S. District Court found in favor of the Plaintiffs on several claims and ruled against the Plaintiffs on several others. With respect to the challenged revisions that the Court found to be unconstitutional or improper, the Court enjoins the State of Florida from enforcing revisions in Section 97.0575(1)(c), F.S., which requires these organizations to provide names and addresses of agents registering persons to vote on behalf of the organization; Section 97.0575(1)(d), F.S., requiring sworn statements from registration agents indicating that they will comply with all state laws and rules, subject to criminal penalties; and Section 97.0575(3)(a), F.S., to the extent that it requires delivery of an application within 48 hours, or any period less than 10 days.

The Court enjoins the enforcement of provisions of Rule 1S-2.042(3)(a), (c), (d) and (e); and 1S-2.042(5)(6)(b)(c) and (7)(a).

The primary effect of the Court's decision is that the provision adopted by the Legislature last year creating the 48-hour time frame for submission of voter registration forms is invalidated. Forms will be required to be submitted within 10 days by the voter registration organization.