**Exhibit 4**



# FLORIDA DEPARTMENT of STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

June 6, 2012

T. Christian Herren
United States Department of Justice
Civil Rights Division
Voting Section – NWB
950 Pennsylvania Ave, NW
Washington, D.C. 20530

  Re: Florida's Continuing Commitment to Protecting Citizen Voting Rights

Dear Mr. Herren:

  I write in response to your letter of May 31, 2012, which questions the Florida Department of State's ongoing efforts to protect the integrity of elections and to maintain current and accurate voter registration rolls. Your letter suggests that the Department of Justice (DOJ) opposes these efforts, and reads federal law to prohibit Florida from verifying the eligibility of registered voters and removing non-citizens from its voter rolls. The Department of State respectfully disagrees with DOJ's position. The actions taken by Florida to identify and remove non-citizens from its voter rolls ensure that the right to vote of citizens is protected and is not diluted by the votes of ineligible persons.

  For nine months, Florida has sought access to the best available information to ensure the accuracy of our voter registration rolls: the Systematic Alien Verification for Entitlements (SAVE) database maintained by the Department of Homeland Security (DHS). Because DHS has repeatedly blocked Florida's access, we have been unable to send additional information to supervisors of elections since April 30, 2012. We continue to wait for access to the most current information available, and we respectfully reiterate our request for immediate access to the SAVE database.

  At the outset, it is important to note that the process initiated by the Florida Department of State has identified registered voters who, by their own admission, are not United States citizens. These ineligible persons have been appropriately removed from the voter rolls. Pursuant to Florida law, **no person has been or will be removed from the voter rolls without the fundamentals of due process**: notice, an opportunity to be heard, and a determination by the county supervisor of elections that a preponderance of the evidence shows the voter is ineligible.



**R. A. Gray Building • 500 South Bronough Street • Tallahassee, Florida 32399-0250**
Telephone: (850) 245-6500 • Facsimile: (850) 245-6125   www.dos.state.fl.us
*Commemorating 500 years of Florida history*   www.fla500.com



Under section 98.075, Florida Statutes, a law which has been duly precleared by the Department of Justice, a supervisor of elections must take the following actions before any person's name may be removed from the statewide voter registration system:

- Notify the registered voter of his or her potential ineligibility by certified mail, return receipt requested, including any documentation upon which the potential ineligibility is based;
- Allow the registered voter 30 days to respond by admitting or denying the accuracy of the information underlying the potential ineligibility;
- Provide the registered voter a hearing, if requested, for the purpose of determining eligibility;
- If the mailed notice is returned as undeliverable, publish notice in a newspaper of general circulation in the county where the voter was last registered, with an additional 30-day opportunity for the registered voter to resolve the matter;
- At the conclusion of the notice and hearing process, make a final determination of the voter's eligibility based on a preponderance of the evidence before the supervisor of elections;
- Allow for an additional appeal of any determination of ineligibility before a state circuit court.

Other duly-precleared Florida laws provide additional safeguards to protect the rights of lawfully registered voters. *See* § 98.081(2), Fla. Stat. (providing for restoration of any voter erroneously removed from the statewide voter registration system); § 101.048, Fla. Stat. (allowing any voter whose eligibility cannot be determined to vote a provisional ballot).

As explained below, Florida's implementation of these state statutes is fully consistent with federal law.

### The Voting Rights Act

Florida's actions are consistent with the Voting Rights Act. The State of Florida is not a covered jurisdiction subject to the preclearance requirements of Section 5 of the Voting Rights Act. As for the role of the supervisors of elections in Florida's five covered counties, they are simply administering a law that the Department of Justice has duly precleared. *See* § 98.075, Fla. Stat.

### The National Voter Registration Act

Florida's actions are also consistent with the National Voter Registration Act. DOJ's reading of the NVRA would grant *greater* protection against removal from the voter rolls to non-citizens—who were never eligible to vote—than to other categories of registered voters (such as deceased persons, convicted felons, and the mentally incompetent) who may have lawfully been on the rolls at one time but have later *become* ineligible. Such a result is plainly contrary to the NVRA's express purpose of "ensur[ing] that accurate and current voter registration rolls are maintained." 42 U.S.C. § 1973gg(b)(4).

If the effect of the NVRA is to force a state to allow never-eligible non-citizens the opportunity to vote, then the statute might violate the Equal Protection Clause of the Constitution, which guarantees that the right to vote cannot be denied by a dilution of the weight of a citizen's vote. If DOJ applies the NVRA in this manner, then presumably eligible voters in Florida have the right to bring a lawsuit in federal court to test whether their votes are being unconstitutionally denied by the federal government.

Your letter suggests that Florida's efforts to identify and remove non-citizens who have illegally registered to vote violate the NVRA because we are now within ninety days of a federal election. Even if the ninety-day provision were read to provide for this result—that is, prohibiting a state from removing non-citizens from the voter rolls three months prior to a federal election—nothing in the NVRA would prohibit Florida from simply gathering information about persons who have illegally registered. That information, even if not used to remove improperly-registered persons now, could be used after a federal election to remove those persons from the rolls or to prosecute them if they illegally voted.

Finally, even assuming the NVRA's ninety-day provision applies to the type of individualized assessment at issue here, Florida has entered that period only because DHS has repeatedly ignored or rebuffed Florida's efforts to gain access to the SAVE database—access that was necessary for successful and accurate completion of Florida's efforts to ensure the integrity of its voter registration rolls. For your reference, I have attached to this letter a chain of emails dating back *nine months*, which demonstrates DHS's refusals and delays in this regard.

By denying Florida access to the SAVE database, DHS appears to have violated federal law, which provides that states may use the SAVE database "for any legal purpose such as . . . voter registration," and that DHS "shall respond to an inquiry by a . . . State . . . government agency . . . seeking to verify or ascertain the citizenship or immigration status of any individual within the jurisdiction of the agency for any purpose authorized by law, by providing the requested verification or status information."  76 Fed. Reg. 58525, 58527 (Sept. 21, 2011); 7 U.S.C. § 1373(d).

**In sum, the practice DOJ now appears to be endorsing is as follows: the federal Department of Homeland Security may, for months, violate federal law and deny Florida and other states access to the SAVE database so that the federal Department of Justice may then assert that the resulting delays in a state's election-integrity efforts violate the time periods established in another federal law. This hardly seems like an approach earnestly designed to protect the integrity of elections and to ensure that *eligible* voters have their votes counted.**

## Conclusion

It is an unfortunate but now undeniable fact that Florida's voter rolls include individuals who are not citizens of the United States. The Florida Department of State has a solemn obligation to ensure the integrity of elections in this State. Permitting ineligible, non-citizen voters to cast ballots undermines that mission and erodes the justified faith the electorate has in the fairness and reliability of the electoral process. To enable the Department of State to meet its

responsibility to enforce both federal and state law, and to determine what further action may be necessary, please provide us with answers to the following questions by June 11:

(1) Does the DOJ agree that the Department of Homeland Security has a legal obligation to provide Florida access to the SAVE database?

(2) Is it the DOJ's position that the NVRA prohibits any actions by Florida to identify and remove non-citizens from its voter registration rolls between today's date and the date of the November 6 General Election?

(3) If not, what steps does the DOJ believe Florida may take to identify and remove non-citizens from its voter registration rolls between today's date and the date of the November 6 General Election?

(4) If the DOJ's position is that the NVRA prohibits Florida from *removing* non-citizens from its voter registration rolls between today's date and the date of the November 6 General Election, is it the DOJ's position that the NVRA prohibits Florida from taking action to even *identify* non-citizens on its voter registration rolls for later removal and, if warranted by the facts and law, prosecution by appropriate law enforcement authorities?

Sincerely,

Ken Detzner
Secretary of State

cc:    Attorney General Pam Bondi
       Elise Sandra Shore, Esq.

## Nordby, Daniel E.

| | |
|---|---|
| **From:** | Roth, Howard S <Howard.S.Roth@uscis.dhs.gov> |
| **Sent:** | Monday, March 26, 2012 3:24 PM |
| **To:** | Matthews, Maria I. |
| **Subject:** | Re: DHS/Legal status issue/Voter registration-Florida |

Thanks Maria.

**From:** Matthews, Maria I. [mailto:Maria.Matthews@DOS.MyFlorida.com]
**Sent:** Monday, March 26, 2012 03:18 PM
**To:** Roth, Howard S
**Cc:** John.Roessler@dhs.gov <John.Roessler@dhs.gov>; Paul.M.Johnson1@dhs.gov <Paul.M.Johnson1@dhs.gov>;
Rayner, Raymond P
**Subject:** RE: DHS/Legal status issue/Voter registration-Florida

Thanks, Howard. I will let the Secretary Detzner et al. know.

Respectfully,

*Maria Matthews*
Assistant General Counsel
Florida Department of State
850.245.6520 (direct line)
850.245.6127 (fax)

**From:** Roth, Howard S [mailto:Howard.S.Roth@uscis.dhs.gov]
**Sent:** Monday, March 26, 2012 2:32 PM
**To:** Matthews, Maria I.
**Cc:** 'John.Roessler@dhs.gov'; 'Paul.M.Johnson1@dhs.gov'; Rayner, Raymond P
**Subject:** Re: DHS/Legal status issue/Voter registration-Florida

Hi Maria - I regret the slow progress of this matter. However, as I am sure you are aware, there are many issues
surrounding the use of SAVE in the voter registration forum. CIS is working with several other agencies to come to a
resolution on the matter. I assure you that we will let you know as soon as any substantive conclusions are reached, and
as we can move forward. I appreciate your patience. Thanks, Howard

**From:** Matthews, Maria I. [mailto:Maria.Matthews@DOS.MyFlorida.com]
**Sent:** Monday, March 26, 2012 02:28 PM
**To:** Roth, Howard S
**Cc:** John.Roessler@dhs.gov <John.Roessler@dhs.gov>; Paul.M.Johnson1@dhs.gov <Paul.M.Johnson1@dhs.gov>;
Rayner, Raymond P
**Subject:** RE: DHS/Legal status issue/Voter registration-Florida

Hi Howard:

What is the status of the Florida Department of State's request and any word on when we can hold this
teleconference? Is there anything else you need from us to set something up?

Look forward to hearing from you.

Respectfully,

*Maria Matthews*
Assistant General Counsel
Florida Department of State
850.245.6520 (direct line)
850.245.6127 (fax)

---

**From:** Matthews, Maria I.
**Sent:** Tuesday, March 20, 2012 1:14 PM
**To:** 'Roth, Howard S'
**Cc:** 'John.Roessler@dhs.gov'; 'Paul.M.Johnson1@dhs.gov'; 'Rayner, Raymond P'
**Subject:** RE: DHS/Legal status issue/Voter registration-Florida

Howard:

I'm back in the office. Do you have a date and time for the call? Who else on your team would be present on the call? Who specifically from legal and policy?

I saw this article today about Secretary of State Gessler for Colorado asking DHS to ID noncitizens in a March 8, 2012 letter. http://www.denverpost.com/recommended/ci_20192007#.T2eRnjtgyYE.email.  Any update on what DHS intends to do?

Thanks.

Respectfully,

*Maria Matthews*
Assistant General Counsel
Florida Department of State
850.245.6520 (direct line)
850.245.6127 (fax)

---

**From:** Roth, Howard S [mailto:Howard.S.Roth@uscis.dhs.gov]
**Sent:** Wednesday, March 14, 2012 5:20 PM
**To:** Matthews, Maria I.; 'John.Roessler@dhs.gov'; 'Paul.M.Johnson1@dhs.gov'; Rayner, Raymond P
**Subject:** Re: DHS/Legal status issue/Voter registration-Florida

Maria - That should be no problem. I will get back to you with a date/time ASAP

Thanks, Howard

---

**From:** Matthews, Maria I. [mailto:Maria.Matthews@DOS.MyFlorida.com]
**Sent**: Wednesday, March 14, 2012 05:19 PM
**To:** Roth, Howard S; Roessler, John E <John.Roessler@dhs.gov>; Paul.M.Johnson1@dhs.gov <Paul.M.Johnson1@dhs.gov>; Rayner, Raymond P
**Subject:** DHS/Legal status issue/Voter registration-Florida

Howard: We would like to set up a teleconference with legal, policy advisor, and tech staff for next week to discuss the status of our request. The Secretary of State and Assistant Secretary, General Counsel and Division Director may also sit in. Please let me know as soon as possible.
I will be out of the office Thursday and Friday but I will have access to e-mail. Thanks.

Respectfully,

*Maria Matthews*
Assistant General Counsel
Florida Department of State
850.245.6520 (direct line)
850.245.6127 (fax)

**From:** Matthews, Maria I.
**Sent:** Thursday, March 08, 2012 10:10 AM
**To:** 'Roth, Howard S'
**Cc:** 'Rayner, Raymond P'; Johnson, Paul M (Paul.M.Johnson1@dhs.gov); Roessler, John E
**Subject:** RE: DHS/Legal status issue/Voter registration-Florida

Howard:

As an update to your earlier inquiry about the types of information we could provide to access SAVE and/or any other DHS database, I don't recall if I had said that we would be able to get the alien registration number or admissions number as made available from our Department of Highway Safety and Motor Vehicles.

We hope to hear very shortly some final decision soon as to what the feds can provide. If it would help in anyway, we are certainly amenable to holding a teleconference including with our new secretary of state if you want to flesh out the details or get a better understanding of what we want and/or what the feds position is. Let me know. Thanks.

Respectfully,

*Maria Matthews*
Assistant General Counsel
Florida Department of State
850.245.6520 (direct line)
850.245.6127 (fax)

**From:** Matthews, Maria I.
**Sent:** Tuesday, March 06, 2012 9:20 AM
**To:** 'Roth, Howard S'
**Cc:** Rayner, Raymond P
**Subject:** RE: DHS/Legal status issue/Voter registration-Florida

Howard:

We would direct the Supervisors to rely on the REAL ID documentation that the DHSMV relies upon to establish identity as U.S. citizen as set forth below (and excerpted from its website at: http://www.flhsmv.gov/realid/):

- Valid, unexpired U.S. passport
- Original or Certified copy of a birth certificate
- Consular Report of Birth Abroad

- Certificate of Naturalization issued by DHS
- Certificate of Citizenship

*As similarly noted, if the current name and the name on the document above were different, the person would probably have to bring in documentation that shows a clear trail for the name change such as:*

- Marriage certificate, issued by the courts and/or
- Divorce decree, issued by the courts

We would seek DHSMV's guidance on any other documentation.

Does this mean at a minimum that SAVE (or other available databases in DHS) could be used through DHSMV or on our own to cross-check legal status of registered voters identified against DHSMV's database as non-U.S. citizens to be sure they have not become U.S. citizens?

Respectfully,

Maria Matthews
Assistant General Counsel
Florida Department of State
850.245.6520 (direct line)
850.245.6127 (fax)

---

**From:** Roth, Howard S [mailto:Howard.S.Roth@uscis.dhs.gov]
**Sent:** Tuesday, March 06, 2012 7:55 AM
**To:** Matthews, Maria I.
**Cc:** Rayner, Raymond P
**Subject:** RE: DHS/Legal status issue/Voter registration-Florida

Hi Maria – Before we can move forward, I will still need detailed information as to the documents that will be verified. As we discussed, we will need an "A number" and Natz Certificate number before we can verify a status in SAVE. Please let me know if you have any additional questions. Thanks, Howard

---

**From:** Matthews, Maria I. [mailto:Maria.Matthews@DOS.MyFlorida.com]
**Sent:** Monday, March 05, 2012 4:46 PM
**To:** Roth, Howard S
**Cc:** Rayner, Raymond P
**Subject:** DHS/Legal status issue/Voter registration-Florida

Howard and Raymond:
Any update? I have a meeting on Wednesday at which this issue will be discussed. The new Secretary of State, Ken Detzner (whose name I misspelled below) and several county Supervisors of Elections will request an update. I am also ree to discuss on the phone between 12-2 and 3-5:30 tomorrow. Thanks.

Respectfully,

*Maria Matthews*
Assistant General Counsel
Florida Department of State
R.A. Gray Building

500 S. Bronough Street
Tallahassee, Florida 32399
850.245.6536 (office)
850.245.6127 (fax)

This response is provided for reference only and does not constitute legal advice or representation. As applied to a particular set of facts or circumstances, interested parties should refer to the Florida Statutes and applicable case law, and/or consult a private attorney before drawing any legal conclusions or relying upon the information provided.

*Please note: Florida has a very broad public records law. Written communications (including e-mail content and addresses) to or from state officials regarding state business constitute public records and are available to the public and media upon request unless the information is subject to a specific statutory exemption. If you do not want your e-mail address released in response to a public-records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.*

**Florida is headed in the right direction!**
**Click to Enlarge**



 The Department of State is leading the commemoration of Florida's 500th anniversary in 2013. For more information, please go to www.fla500.com.

The Department of State is committed to excellence.
Please take our Customer Satisfaction Survey.

---

**From:** Matthews, Maria I.
**Sent:** Tuesday, February 28, 2012 8:52 AM
**To:** Roth, Howard S (Howard.S.Roth@uscis.dhs.gov)
**Cc:** Rayner, Raymond P (Raymond.P.Rayner@uscis.dhs.gov)
**Subject:** DHS/Legal status issue/Voter registration-Florida

Hello Howard and Raymond,

I was wondering if there was any update. I'm sure you are aware of the Pew Report on Upgrading Voter Registration http://www.pewcenteronthestates.org/initiatives_detail.aspx?initiativeID=51334 in which of the one main points was that 1 in 8 registrations in the country are inaccurate or no longer valid. We obviously have an interest in ensuring the accuracies of our voter registration rolls.

By the way, we have a new Secretary of State, Ken Dentzler, who replaces Secretary Kurt Browning. Secretary Dentzler is very interested to know what DHS can offer and what we can establish.

Thanks as always.

Respectfully,

*Maria Matthews*
Assistant General Counsel
Florida Department of State
850.245.6520 (direct line)

850.245.6127 (fax)

---

**From:** Matthews, Maria I.
**Sent:** Tuesday, February 21, 2012 2:17 PM
**To:** Roth, Howard S (Howard.S.Roth@uscis.dhs.gov)
**Cc:** Rayner, Raymond P (Raymond.P.Rayner@uscis.dhs.gov)
**Subject:** DHS/Legal status issue/Voter registration-Florida
**Importance:** High

Hello Howard,

Thanks for calling me back as to the ongoing discussion about our state's access to any or all of the DHS's USCIS, ICE and CPE Bureau databases to use to vet the legal status of our voter registration applicants and/or registered voters (11,217,384 registered voters as of book closing for Presidential Preference Primary Election 2012). We have not had nor have any established programmatic means to do so. Per your request on the call, these are the following key data fields that we would have available in our registration records:

- First name
- Middle name
- Last name
- Date of birth format: MM-DD-YYYY
- Race (this is optional so it may not be on all records): Categories are:
  ☐ American Indian/Alaskan Native
  ☐ Asian/Pacific Islander
  ☐ Black, *not of* Hispanic Origin
  ☐ Hispanic
  ☐ White, *not of* Hispanic Origin
  ☐ Other:
  ☐ Multi-racial

- State or country of birth (optional so it may not be in all records)
- Telephone number (optional so it may not be in all records)
- Personal identifying number which will be either the Florida driver's license number, the Florida identification card number or the last 4 digits of the social security)
- Residential address (Street, Apt/Lot/Unit, City, County, zip code)
- Mailing address (including street/po. box or other delivery, city, state and zip code)
- Signature

This is also a link to our voter registration application: http://election.dos.state.fl.us/pdf/webappform.pdf

As we have stated before, the law requires us to conduct maintenance of our voter registration rolls so that only eligible voters are registered. We firmly believe based on the law cited previously below

that government agencies are entitled to get access to information such as legal status in order to comply with the law. We do not have recourse to any other government source to such information. Even we could not establish a programmatic match process (which would obviously be the most effective and efficient), we could still benefit from real-time access to one or more of the databases as a cross-check to ensuring that only U.S. citizens are registering and/or voting and that those who have already registered are U.S. citizens.

I look forward to hearing from you soon. Thank you.

Respectfully,

*Maria Matthews*
Assistant General Counsel
Florida Department of State
850.245.6520 (direct line)
850.245.6127 (fax)

---

**From:** Matthews, Maria I.
**Sent:** Wednesday, January 11, 2012 3:26 PM
**To:** 'Roth, Howard S'; 'Rayner, Raymond P'
**Cc:** 'Paul.M.Johnson1@dhs.gov'; Roessler, John E
**Subject:** DHS/Legal status issue/Voter registration-Florida
**Importance:** High

Hi Howard and Raymond:

I have left messages for you both today following one two weeks ago to either one or both of you. I would appreciate a call back. Please provide me an update on where our request as detailed in prior e-mails below is and whether any progress has been made to be able to work something out. If you need more information or would like to discuss more, I will be happy to do so. We are simply trying to fulfill our duties under federal and state law to ensure that the rolls only consist of eligible and qualified voters. Thank you.

Hope you are both doing well.

Respectfully,

*Maria Matthews*
Assistant General Counsel
Florida Department of State
R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399
850.245.6520 (direct line)
850.245.6536 (office)
850.245.6127 (fax)

This response is provided for reference only and does not constitute legal advice or representation. As applied to a particular set of facts or circumstances, interested parties should refer to the Florida Statutes and applicable case law, and/or consult a private attorney before drawing any legal conclusions or relying upon the information provided.

*Please note: Florida has a very broad public records law. Written communications (including e-mail content and addresses) to or from state officials regarding state business constitute public records and are available to the public and media upon request unless the information is subject to a specific statutory exemption. If you do*

*not want your e-mail address released in response to a public-records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing*

---

**From:** Matthews, Maria I.
**Sent:** Thursday, December 08, 2011 9:43 AM
**To:** 'Roth, Howard S'; 'Rayner, Raymond P'
**Subject:** DHS/Legal status issue/Voter registration

Hi Howard and Raymond:

Like a pesky gadfly, I am now back in the office after being out of the country for almost a month. Before I left, I had sent an e-mail requesting an update on Florida's request to establish a systematic/continual process using SAVE and any other available federal databases to check on the legal status of registered voters and/or applicants (before they become registered). I have not seen anything in response but honestly with over 500 e-mails to cull through I may have overlooked it.

Can you provide me an update on whether the matter is and whether any progress has been made and whether a teleconference is in order? Thank you.

Hope you are both doing well.

Respectfully,

*Maria Matthews*
Assistant General Counsel
Florida Department of State
850.245.6520 (direct line)
850.245.6127 (fax)

---

**From:** Matthews, Maria I.
**Sent:** Thursday, November 03, 2011 10:02 AM
**To:** Roth, Howard S
**Cc:** Rayner, Raymond P
**Subject:** RE: Teleconference: DHS/Legal status issue

Hi Howard, Any update or progress yet? Thanks. -Maria

---

**From:** Roth, Howard S [mailto:Howard.Roth@dhs.gov]
**Sent:** Tuesday, October 25, 2011 7:59 AM
**To:** Matthews, Maria I.; Roth, Howard S
**Cc:** Rayner, Raymond P
**Subject:** RE: Teleconference: DHS/Legal status issue

Thank you Ms Matthews.

---

**From:** Matthews, Maria I. [mailto:Maria.Matthews@DOS.MyFlorida.com]
**Sent:** Monday, October 24, 2011 3:42 PM
**To:** Roth, Howard S
**Cc:** Rayner, Raymond P
**Subject:** RE: Teleconference: DHS/Legal status issue

Howard,

Current law does not allow Supervisors of Elections to require an applicant to submit proof of citizenship at the time of registering. Although Supervisors of Elections are required to determine whether applicants are eligible in one part of the law, in another, the law says an application is deemed complete if its signed, all the required checkboxes are checked (i.e., the boxes for U.S. citizenship, felony conviction status, and mental incompetency), and all other information necessary to establish eligibility is given (name, date of birth, address and personal identifying number –FL DL, FL ID, or last SSN4 for verification of identification. See section 97.053, F.S. In practice, Supervisors would deny the application even if complete only upon getting information from some reliable source that the person is otherwise not eligible despite what he or she has filled out on the application. Once that happens, the applicant is sent notice of the denial and the reason for the denial, and that's it. See section 98.045, 97.073, F.S. So conceptually, what would happen if an SOE or State had access to federal databases that identified non-U.S. citizens, it would match on a set of criteria and then the person would be notified that he or she is ineligible and that would be it. The law does not provide for more than that.

It is quite different in the case of a person who is potentially identified as not a U.S. citizen <u>after</u> he or she has already registered because obviously at that point, his or her right to vote has vested/ripened. Due process procedures are clearly in place in law. So the way it would work conceptually in this scenario, if an SOE or State had access to federal databases that identified non-U.S. citizens through some automated match process, is that the potentially ineligible registered voter must be given notice and the opportunity to be heard and prove otherwise to the Supervisor of Elections. That process is set out in section 98.075(7), F.S. We would work with the Department of Highway Safety and Motor Vehicles (DHSMV) to help us to determine what list of acceptable documents would be considered adequate proof of citizenship since DHSMV is already collecting as of January 2006 proof of legal status documents as mandated by the REAL ID Act.

I hope this is answers what you were asking.

Respectfully,

*Maria Matthews*
Assistant General Counsel
Florida Department of State
850.245.6520 (direct line)
850.245.6127 (fax)

**VIVA FLORIDA 500** The Department of State is leading the commemoration of Florida's 500th anniversary in 2013. For more information, please go to www.fla500.com.

Secretary of State Kurt Browning is committed to maintaining a high level of service in all areas of the Department of State. If you have feedback on your service, please take the department's Customer Satisfaction Survey. Thank you in advance for your participation.
DOS Customer Satisfaction Survey

---

**From:** Roth, Howard S [mailto:Howard.Roth@dhs.gov]
**Sent:** Monday, October 24, 2011 2:53 PM
**To:** Matthews, Maria I.; Roth, Howard S
**Cc:** Rayner, Raymond P
**Subject:** RE: Teleconference: DHS/Legal status issue

Thank you Ms. Matthews –

Could you provide information as to how, as a practical matter, those applying to vote would establish citizenship during registration? Is there a list of documents that will be necessary for registration? Any assistance you can provide will be helpful.

Thanks, Howard

---

**From:** Matthews, Maria I. [mailto:Maria.Matthews@DOS.MyFlorida.com]
**Sent:** Monday, October 24, 2011 1:18 PM
**To:** Roth, Howard S
**Cc:** Rayner, Raymond P
**Subject:** Teleconference: DHS/Legal status issue

Howard,

Thank you for returning my call from last week. Per your request, this is what the State of Florida is seeking based on our initial request in July or August.

**Scope of Request:** The State of Florida's is interested in establishing a systematic/continual process by which the State of Florida can use the SAVE program database and any other available federal databases to check the legal status of all currently registered voters on the rolls and/or new applicants before they become registered. Florida's registration system contains almost to 12 million registered voters.

**Legal Authority:** I was asked previously to provide the legal basis by which we could access this information or database(s). Under federal and state law the State is responsible for conducting list maintenance on a regular basis to determine if a registered voter remains eligible to be registered and to vote. See 42 U.S.C. 1973gg-6(a)(3)-4)(National Voter Registration Act); s. 303(a) of the Help America Vote Act, and section 97.075, Florida Statutes. Obviously, one of the grounds for ineligibility under our state law is that a person cannot be registered or vote unless he or she is U.S. citizen.

Both state governmental agencies and the Supervisors of Elections (our local registration officials) are authorized under 8 U.S.C. 1373 (see excerpted text in red), to ask for and get from the federal government (which we would presume to include any databases from DHS' USCIS, ICE, and CBP's offices (successors to the Immigration and Naturalization Service)) verification or the ability to ascertain at a minimum whether a person is not a U.S. citizen:

> Sec. 1373. Communication between government agencies and the Immigration and Naturalization Service
> (a) In general.Notwithstanding any other provision of Federal, State, or local law, a Federal, State, or local government entity or official may not prohibit, or in any way restrict, any government entity or official from sending to, or receiving from, the Immigration and Naturalization Service information regarding the citizenship or immigration status, lawful or unlawful, of any individual
> (b) Additional authority of government entities
> Notwithstanding any other provision of Federal, State, or local law, no person or agency may prohibit, or in any way restrict, a Federal, State, or local government entity from doing any of the following with respect to information regarding the immigration status, lawful or unlawful, of any individual:
> (1) Sending such information to, or requesting or receiving such information from, the Immigration and Naturalization Service.
> (2) Maintaining such information.
> (3) Exchanging such information with any other Federal, State, or local government entity.
> (c) Obligation to respond to inquiries
> The Immigration and Naturalization Service shall respond to an inquiry by a Federal, State, or local government agency, seeking to verify or ascertain the citizenship or immigration status of any individual within the jurisdiction of the agency for any purpose authorized by law, by providing the requested verification or status information.

**Specifics of Access:** As to accessing the SAVE program alone, we understand that it will cost 50 cents per name hit for the initial automated search, and 50 cents more for any additional secondary review), and that high percentage ought to be verifiable in the 1st round.

We also were told that the SAVE program alone is not going to necessarily include persons here illegally.

The limitation with the State only accessing SAVE database is that it obviously will not include persons who are here illegally. Moreover, we were told that any programmatic match requires the alien registration or resident number. This is a significant obstacle as the State of Florida does not collect and is not authorized to ask an applicant for proof of his or her legal status in the U.S. Obviously, if someone provided that number, he or she is not a U.S. citizen and he or she would not or should not be registering or voting in the first place unless becoming a U.S. citizen.

So given the aforementioned:

1. Can we get access to SAVE and any other available DHS databases to conduct checks of the legal status of new applicants and/or registered voters in order to ensure that the person is not registered and/or voting in contravention of state and federal law?

2. Can comparisons or search of SAVE program data be done without the alien registration/legal permanent resident number? The fields we do have are Last Name, First name, date of birth, Florida driver's license number or state identification card number, or the last 4 digits of the social security number, gender, address. If it is possible, would the Department of Homeland Security consider and approve the State of Florida's access to SAVE program to conduct a one-time check of all voters currently registered in our statewide voter registration database and to conduct systematic daily checks of all newly registered voters.

3. Assuming that it may be possible to access SAVE without the alien registration number/legal permanent resident number, or assuming we could obtain alien registration numbers from another source, would the Department of Homeland Security consider and approve the State of Florida's access to SAVE program to conduct a one-time check of all voters currently registered in our statewide voter registration database and to conduct systematic daily checks of all newly registered voters and/or applicants thereafter.

4. Assuming the answer to 3. is yes, is it possible to establish a program between DHS' SAVE program and our technical staff to create an automated match process even if it is a batch process? If so, what is the contact information for technical staff so that our technical staff could determine the logistical feasibility? What agreements would need to be executed? What steps would we have to take to initiate that? What is the process time for setting it up?

5. Are there other federal government databases from DHS that may contain information regarding persons who are in the States illegally and have been identified by virtue of some other illegal/criminal activity? If so, is it under the U.S. Immigration and Customs Enforcement (IC) and/or U.S. Customs and Border Protection (CBP)? And can we get access to that information to identify persons illegally registered to vote or trying to illegally register to vote.

6. If the State or Supervisors of Elections cannot have access to SAVE or other federal database programs, what would be the process for the State or the Supervisors of Elections to follow to get the information they need per **8 U.S.C. 1373?**

That's it in a big walnut shell. I look forward to hearing from you as soon as possible. Thank you.

Respectfully,

*Maria Matthews*
Assistant General Counsel

Florida Department of State
R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399
850.245.6536 (office)
850.245.6127 (fax)

This response is provided for reference only and does not constitute legal advice or representation. As applied to a particular set of facts or circumstances, interested parties should refer to the Florida Statutes and applicable case law, and/or consult a private attorney before drawing any legal conclusions or relying upon the information provided.

*Please note: Florida has a very broad public records law. Written communications (including e-mail content and addresses) to or from state officials regarding state business constitute public records and are available to the public and media upon request unless the information is subject to a specific statutory exemption. If you do not want your e-mail address released in response to a public-records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.*

**VIVA FLORIDA 500**  The Department of State is leading the commemoration of Florida's 500th anniversary in 2013. For more information, please go to

www.fla500.com.

Secretary of State Kurt Browning is committed to maintaining a high level of service in all areas of the Department of State. If you have feedback on your service, please take the department's Customer Satisfaction Survey. Thank you in advance for your participation.
DOS Customer Satisfaction Survey

---

**(d) From: Matthews, Maria I.**
   **Sent: Monday, October 24, 2011 11:33 AM**
   **To: Rayner, Raymond P**
   **Cc: Johnson, Paul M; Roth, Howard S; Roessler, John E**
   **Subject: RE: Teleconference: DHS/Legal status issue**

Hi Raymond,

The Secretary of State has been inquiring as to whether your office has any update on our request. Please let me know. I left a message for you Howard on Friday.

Respectfully,

*María Matthews*
Assistant General Counsel
Florida Department of State
850.245.6520 (direct line)
850.245.6127 (fax)

---

**From: Rayner, Raymond P [mailto:Raymond.Rayner@dhs.gov]**
**Sent: Friday, October 14, 2011 12:34 PM**
**To: Matthews, Maria I.**
**Cc: Johnson, Paul M; Roth, Howard S; Roessler, John E**
**Subject: RE: Teleconference: DHS/Legal status issue**

Maria,

The issue is still under review in OCC. If you would like additional details, you can contact Howard Roth of OCC at 202-272-9667 on Monday 10/17/2011.

Enjoy your weekend.

Ray

---

**From: Matthews, Maria I. [mailto:Maria.Matthews@DOS.MyFlorida.com]**
**Sent: Friday, October 14, 2011 9:17 AM**
**To: Rayner, Raymond P**
**Cc: Johnson, Paul M; Roth, Howard S; Roessler, John E**
**Subject: Teleconference: DHS/Legal status issue**

Hello Raymond,

I just wanted to follow up on OCC's review status of our request. Hope all is well. Thanks.

Respectfully,

*Maria Matthews*
Assistant General Counsel
Florida Department of State
850.245.6520 (direct line)
850.245.6127 (fax)

**VIVA FLORIDA** The Department of State is leading the commemoration of Florida's 500th anniversary in 2013. For more information, please go to www.fla500.com.

Secretary of State Kurt Browning is committed to maintaining a high level of service in all areas of the Department of State. If you have feedback on your service, please take the department's Customer Satisfaction Survey. Thank you in advance for your participation. DOS Customer Satisfaction Survey

---

**From: Rayner, Raymond P [mailto:Raymond.Rayner@dhs.gov]**
**Sent: Thursday, September 29, 2011 12:58 PM**
**To: Matthews, Maria I.**
**Cc: Johnson, Paul M; Roth, Howard S; Roessler, John E**
**Subject: RE: Teleconference: DHS/Legal status issue**

Maria,

I have been advised by OCC that it is still under review and that they may be ready next week. I will be out next week, but someone will contact you if OCC is ready to discuss the request while I am out.

Thanks

Ray

---

**From: Matthews, Maria I. [mailto:Maria.Matthews@DOS.MyFlorida.com]**
**Sent: Wednesday, September 28, 2011 4:02 PM**

**To: Rayner, Raymond P**
**Subject: Teleconference: DHS/Legal status issue**

Hi Raymond,

Just following up on the off chance that the Office of Chief Counsel might now have a date in the near future to discuss our request as last re-iterated to Ms. Rahi on September 2, 2011.

Hope you are doing well.

Respectfully,

*Maria Matthews*
Assistant General Counsel
Florida Department of State
R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399
850.245.6536 (office)
850.245.6127 (fax)

**VIVA FLORIDA** 500. The Department of State is leading the commemoration of Florida's 500th anniversary in 2013. For more information, please

go to www.fla500.com.

Secretary of State Kurt Browning is committed to maintaining a high level of service in all areas of the Department of State. If you have feedback on your service, please take the department's Customer Satisfaction Survey. Thank you in advance for your participation. DOS Customer Satisfaction Survey

---

**From: Matthews, Maria I.**
**Sent: Wednesday, September 21, 2011 10:33 AM**
**To: Browning, Kurt S.; Kennedy, Jennifer L.; Salas, Gisela (Gisela.Salas@dos.myflorida.com);**
**Boynton, John**
**Subject: FW: Teleconference**

FYI. Please see below. Teleconference today at 1:30 has been cancelled.

---

**From: Matthews, Maria I.**
**Sent: Wednesday, September 21, 2011 10:32 AM**
**To: 'Rayner, Raymond P'**
**Cc: Roth, Howard S; Johnson, Paul M; Roessler, John E**
**Subject: RE: Teleconference**

Thanks Raymond. We appreciate the fullest consideration of our request. We'll await a new schedule date.

Respectfully,

*Maria Matthews*
Assistant General Counsel

14

Florida Department of State
850.245.6520 (direct line)
850.245.6127 (fax)

**From: Rayner, Raymond P [mailto:Raymond.Rayner@dhs.gov]**
**Sent: Wednesday, September 21, 2011 10:30 AM**
**To: Matthews, Maria I.**
**Cc: Roth, Howard S; Johnson, Paul M; Roessler, John E**
**Subject: RE: Teleconference**
**Importance: High**

Maria,

Please accept my apologies, but we are going to have to cancel the teleconference scheduled for this afternoon. The Office of Chief Counsel has advised that they need to more fully consider issues relating to voter registration before addressing your request to access SAVE. We will let you know when we are ready to reschedule a discussion. Please let me know if you have any questions.

Thanks

Ray
202-443-0137

placed original
in Russ' mailbox

FedEx Express

**NEW Package**
**US Airbill**

FedEx
Tracking
Number: 8000 5667 3224

**1  From**

Date: 06/07/12

Sender's Name: Daniel Jordan   Phone: 850-245-0536

Company: FL Department of State

Address: 500 S Bronough St. #100

City: Tallahassee   State: FL   ZIP: 32399

**2  Your Internal Billing Reference**

**3  To**

Recipient's Name: T. Christian Herren   Phone:

Company: U.S. DOJ Civil Rights Division
Voting Section - NWB

Address: 950 Pennsylvania Ave NW

City: Washington   State: DC   ZIP: 20530

fedex.com  1.800.GoFedEx 1.800.463.3339

612

8000 5667 3224

FedEx Retrieval Copy

Form
ID No.: 0200

**4  Express Package Service**

NOTE: Service order has changed. Please select carefully.

☐ FedEx First Overnight
06 ☐ FedEx Priority Overnight
01 ☑ FedEx Standard Overnight
05

49 ☐ NEW FedEx 2Day A.M.
☐ FedEx 2Day
03 ☐ FedEx Express Saver

**5  Packaging**

06 ☑ FedEx Envelope*   ☐ FedEx Pak*   03 ☐ FedEx Box   04 ☐ FedEx Tube   01 ☐ Other

**6  Special Handling and Delivery Signature Options**

03 ☐ SATURDAY DELIVERY

☐ No Signature Required
10 ☐ Direct Signature
34 ☐ Indirect Signature

Does this shipment contain dangerous goods?
One box must be checked.

☑ No   04 ☐ Yes   06 ☐ Yes
☐ Cargo Aircraft Only

**7  Payment   Bill to:**

1 ☑ Sender   2 ☐ Recipient   3 ☐ Third Party   4 ☐ Credit Card   5 ☐ Cash/Check

Total Packages   Total Weight   lbs.

Rev. Date 11/07 • Part #158305 • ©1994–2010 FedEx • PRINTED IN U.S.A. SRY

X-RAYED JUN 08 2012 DOJ MAILROOM