**Exhibit 7**

| | |
|---|---|
| From: | Sharp, Christopher R. |
| To: | Madison County; madison county 2; madison county 3; ALA - Pam; Allen, Mary Anne; Amy Tuck Farrington; Ard, Mark; Aultman, Larry; BAK - Nita; BAY - Mark; Bishop, Shelby L.; Boynton, John; BRA - Terry; BRE - Lori; BRO - Brenda; Bronson, Kristi R.; Brown, Toshia; CAL - Margie; Cate, Chris; CHA - General E-mail; CHA - Paul; CIT - Susan; CLA - Chris; CLL - Jennifer; CLL - Jennifer; CLL - Mellissa; CLL - Tim; CLM - Elizabeth; DAD - Penelope; DES - Kelli; DES - Mark; DIX - Starlet; Drury, David R.; Durbin, Joyce A.; DUV - Jerry; DUV - Robert; DUV - Stan Bethea; ESC - David; FLA - Kimberle; FRA - Ida; FSASE - Ron Labasky; GAD - Shirley; GIL - Connie; Gisela.Salas@dos.myflorida.com; GLA - Holly; GUL - Linda; HAM - Laura; HAR - Jeff; HEN - Lucretia; HER - Annie; HIG - Joe; HIL - Cheryl Selvey; HIL - Craig; HIL - Dr. Lennard; HOL - Debbie; Holland, Gary J.; IND - Leslie; JAC - Sylvia; JEF - Marty; Johnson, Althera; Kennedy, Jennifer L.; LAF - Lana; LAK - Emogene; LEE - Sharon; LEO - Ion; LEO - Mark; LEO - TJ; LEV - Connie; LEV - Tammy; LIB - Marcia; MAD - Tommy; MAN - Bob; MAN - Nancy; MAR - Dee; Marconnet, Amber; Matthews, Maria I.; Milton, Brenda; MON - Harry; MON - Joyce; Money, Betty A.; MTN - Debbie; MTN - Vicki; NAS - Tamara; NAS - Vicki; Nordby, Daniel E.; OKA - Paul; OKE - Gwen; ORA - Bill; OSC - Mary Jane; PAL - Charmaine; PAL - Rachel; PAL - Susan; PAS - Brian; PAS - Tracy; Phillips, Eddie; PIN - Deb; PIN - Julie; PIN - Rick; POL - Barbara; POL - Lori; PUT - Kim; PUT - Susan; Raines, Terry; SAN - Ann; SAR - Kathy; SAR - Ron; SEM - Mike; SLC - Gertrude; STJ - Vicky; SUM - Karen; SUM - Karen; SUW - Glenda; TAY - Dana; UNI - Deborah; VOL - Ann; WAK - Celina; WAK - Henry; WAK - Lori; WAL - Bobby; WAS - Carol; Wood, Rebekah |
| Subject: | List Maintenance information and webinar |
| Date: | Monday, April 02, 2012 3:44:52 PM |
| Attachments: | image002.png |

To All Supervisors of Elections,

Please be advised that the Division of Elections has worked through a preliminary list of individuals identified as potential non-U.S. citizens. These files will be sent to you on CDs via FedEx on April 3, 2012. Once you receive them, please refer to the tabs on the bottom of the excel spreadsheet to pull up the list of registered voters in your county.

The Bureau of Voter Registration Services has vetted the list through the Department of Highway Safety and Motor Vehicles' DAVE database based on documentation made available to DHSMV to comply with the Real ID Act. That requirement means that every person who applies for or renews a driver's license or state ID card has to provide proof of his or her legal status (INS paperwork, Resident Alien card, Passport, birth certificate, etc.). The deadline by when all licensees and state ID cardholders in Florida have to provide such document is December 31, 2017.

The list that you will be receiving represents only non-immigrants initially identified in DHSMV's DAVE as not having presented any documentation of citizenship to date.

Please remember that you are still responsible for contacting these individuals and going through the process of verifying citizenship status before making a determination of eligibility for voter registration. You must follow the same procedures, in law, that you have in the past whenever you receive information that a registered voter of yours is ineligible to be registered to vote.

Additionally, a webinar is being created to assist you with processing these files, and to inform you of the process of vetting the files. This webinar is currently scheduled for April 10, 2012 at 2PM EST.  Please be prepared to ask any questions after you have reviewed the files.

Regards,


Dr. Chris Sharp

Chief, Bureau of Voter Registration Services
Florida Division of Elections
(850) 245-6205
Christopher.Sharp@DOS.MyFlorida.com

**Florida is headed in the right direction!**
*Click to Enlarge*



The Department of State is leading the commemoration of Florida's 500th anniversary in 2013. For more information, please go to www.fla500.com.

The Department of State is committed to excellence.
Please take our Customer Satisfaction Survey.