**Exhibit 9**



# JENNIFER J. EDWARDS
## SUPERVISOR OF ELECTIONS

May 11, 2012

«Voter_Name_FML»
«Mailing_Address»
«Mailing_Address2»
«Mailing_Address3»
«Mailing_City_State»  «Mailing_Zip_Country»

Voter Registration Number:  «Certificate»

Dear «First_Name» «Last_Name»,

The Collier County Supervisor of Elections has received information from the Florida Division of Elections regarding your citizenship status, bringing into question your eligibility as a registered voter.

Per Florida law, only U.S. Citizens are allowed to register to vote. See s. 97.041, *Fla. Stat.* (2012).  In addition, registering to vote under fraudulent conditions or swearing a false oath are both third degree felonies in Florida. See s. 104.011, *Fla. Stat.* (2012).

If the information from the Florida Division of Elections is inaccurate regarding your citizenship status or if your citizenship status has recently changed, please stop by our main office with any *original* documentation that demonstrates U.S. citizenship.  Do not mail these documents.  You may want to call us prior to visiting our main office.   Also, you may request an administrative hearing with the Supervisor of Elections to prove U.S. citizenship.

You must complete the attached Voter Eligibility Form and return it to the Supervisor of Elections Office within 30 days of receipt.  **Failure to submit this form within thirty (30) days will result in the removal of your name from the voter registration rolls and you will no longer be eligible to vote.**

Please contact Mr. Julio Vigil at the Supervisor of Elections Office at the address or telephone number below or e-mail him at juliovigil@colliergov.net, if you have any questions regarding this letter.

Sincerely,

*[signature]*

Jennifer J. Edwards
Supervisor of Elections

Enclosures:     Voter Eligibility Form
                Self-Addressed Return Envelope

*Si Usted habla español y desea más información, por favor comuníquese con nuestro Departamento de Servicio al Cliente al Teléfono (239)252-8450, y con mucho gusto le ayudaremos.*

Revised 04/25/2012

# VOTER ELIGIBILITY FORM

**Failure to return this form within thirty (30) days will result in the removal of your name from the voter registration system.**

## PLEASE PRINT

NAME OF VOTER:

_____
LAST                          FIRST                         MIDDLE

DATE OF BIRTH: ____/____/_____

SOCIAL SECURITY NUMBER: _____-____-_____
-OR-

FLORIDA DL NUMBER: _____
-OR-

FLORIDA ID CARD NUMBER: _____

CURRENT ADDRESS OF VOTER:

_____

_____

PHONE NUMBER: (HOME) (____) ____-_____  (WORK) (____) ____-____-_____

SEX: ☐ MALE  ☐ FEMALE              RACE:_____

(THIS INFORMATION IS NEEDED TO VERIFY THE VOTER'S IDENTITY.)

### Please check the statement below that applies to you:

☐ I agree with your information and do **not** require an administrative hearing.

☐ I will provide valid documentary evidence of U.S. citizenship to the Supervisor of Elections within 30 days of receipt of this form or lose my eligibility to vote.

☐ I request an administrative hearing to prove that I am a citizen of the United States.

SIGNATURE OF VOTER: _____  DATE: _____

(THIS FORM CANNOT BE ACCEPTED WITHOUT VALID SIGNATURE AND DATE)

(It is a criminal offense to knowingly make a false statement in writing with the intent to mislead a public official in the performance of his or her official duty. See s. 837.06, *F.S.*)

Revised 04/25/2012