# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      CASE NO. 4:12cv285-RH/CAS

STATE OF FLORIDA and KEN DETZNER,
Secretary of State, in his official capacity,

    Defendants.

_____/

## ORDER SETTING A SCHEDULING CONFERENCE

      By a separate notice, the clerk must set a scheduling conference by telephone for June 18, 2012, at 4:30 p.m. Only matters of timing and procedure, not matters of substance, will be addressed at the conference. The defendants should be prepared to address—or to indicate their inability to address—the actions they have taken or intend to take between the filing of this case and the entry of any order on the motion for a temporary restraining order. The plaintiff should be prepared to indicate when it will be able to address issues like those set out in the

October 24, 2011, email from Maria Matthews to Howard S. Roth, ECF No. 7-5 at 16.

SO ORDERED on June 18, 2012.

s/Robert L. Hinkle  
United States District Judge