IN THE UNITED STATEWS DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF FLORIDA; KEN DETZNER,<br>Secretary of State, in his official capacity,<br><br>Defendant. | CASE NO.:  4:12-CV-00285-WS-CAS |

## NOTICE OF APPEARANCE

The undersigned, Daniel E. Nordby, is admitted to the Northern District and hereby appears in this case as counsel for Defendant, Ken Detzner, in his official capacity as Secretary of State for the State of Florida.  All pleadings and papers should be served upon him.

        Respectfully submitted,

        __/s/  Daniel E. Nordby_____
        Daniel E. Nordby
        Florida Bar No. 14588
        General Counsel
        Daniel.Nordby@DOS.MyFlorida.com
        Florida Department Of State
        R.A. Gray Building
        500 South Bronough Street
        Tallahassee, Florida 32399-0250
        (850) 245-6536 telephone
        (850) 245-6127 facsimile

        *Counsel for Defendant*
        *Ken Detzner, Secretary of State*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by filing in this court's CM/ECF system this 18th day of June 2012 on all attorneys of record in this matter.

                                        /s/ Daniel E. Nordby
                                        Attorney