IN THE UNITED STATEWS DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THE UNITED STATES OF AMERICA,

      Plaintiff,

    v.                                CASE NO.:  4:12-CV-00285-WS-CAS

STATE OF FLORIDA; KEN DETZNER,
Secretary of State, in his official capacity,

      Defendant.

## NOTICE OF APPEARANCE

The undersigned, Ashley E. Davis, is admitted to the Northern District and hereby appears in this case as counsel for Defendant, Ken Detzner, in his official capacity as Secretary of State for the State of Florida.  All pleadings and papers should be served upon her.

                                            Respectfully submitted,

                                              /s/  Ashley E. Davis_____
                                            Ashley E. Davis
                                            Florida Bar No. 48032
                                            Assistant General Counsel
                                            Ashley.Davis@DOS.MyFlorida.com
                                            Florida Department Of State
                                            R.A. Gray Building
                                            500 South Bronough Street
                                            Tallahassee, Florida 32399-0250
                                            (850) 245-6536 telephone
                                            (850) 245-6127 facsimile

                                            *Counsel for Defendant*
                                            *Ken Detzner, Secretary of State*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by filing in this court's CM/ECF system this 18th day of June 2012 on all attorneys of record in this matter.

                                            /s/ Ashley E. Davis
                                            Attorney