IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>STATE OF FLORIDA; KEN DETZNER,  )<br>Secretary of State, in his official capacity,  )<br>  )<br>Defendants.  )<br>  )<br>  ) | CIVIL ACTION NO.<br>4:12-CV-00285-RH-CAS |

## NOTICE OF APPEARANCE

COME NOW the Plaintiff UNITED STATES OF AMERICA and advises that Trial Attorney Jenigh J. Garrett appears as counsel for the United States.

Date: June 18, 2012                                    Respectfully submitted,

PAMELA C. MARSH                                THOMAS E. PEREZ
United States Attorney                             Assistant Attorney General
                                                                Civil Rights Division

                                                                /s/ Jenigh J. Garrett
                                                                _____

MICHAEL HARWIN                                T. CHRISTIAN HERREN, JR
Georgia Bar Number 335605                  JOHN ALBERT RUSS IV
Assistant United States Attorney            ELISE SANDRA SHORE
111 North Adams Street, 4th Floor         JENIGH J. GARRETT
Tallahassee, Florida 32301                     New York Bar No. 4230124
Tel: (850)942-8483                                  Attorneys, Voting Section
Fax: (850) 942-8448                                Civil Rights Division
                                                                United States Department of Justice
                                                                950 Pennsylvania Ave. NW
                                                                Room NWB-7254
                                                                Tel: (202) 305-4777
                                                                Fax: (202) 307-3961
                                                                Email: Jenigh.Garrett@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing will be sent electronically to the registered participants (filed through EM/ECF system):

Daniel E. Nordby
Ashley E. Davis
Florida Department of State
R.A. Gray Building
500 S. Bronough Street
Tallahassee, FL 32399-0250
daniel.nordby@dos.myflorida.com


/s/ Jenigh J. Garrett
_____
Jenigh J. Garrett