IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                   CASE NO. 4:12cv285-RH/CAS

STATE OF FLORIDA and KEN DETZNER,
Secretary of State, in his official capacity,

    Defendants.

_____/

## ORDER SETTING THE SCHEDULE ON THE MOTION
## FOR A TEMPORARY RESTRAINING ORDER

As set out on the record of the scheduling conference on June 18, 2012,

IT IS ORDERED:

By 5:00 p.m. on June 25, 2012, the defendants must file a memorandum and any evidence on which they rely in opposition to the motion for a temporary restraining order. By a separate notice, the clerk must set oral argument on the motion for Wednesday, June 27, 2012, at 10:00 a.m. Each side will have 30 minutes.

SO ORDERED on June 18, 2012.

                                                       s/Robert L. Hinkle
                                                       United States District Judge