USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 4:12-cv-00285-WS-CAS Document 15 Filed 06/14/12

# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| THE UNITED STATES OF AMERICA | 4:12CV285/WS/CAS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| STATE OF FLORIDA, KEN DETZNER, Secretary of State, in his official capacity | PROCESS |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ken Detzner, Secretary of State, Florida Department of State

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
R. A. Gray Building 500 South Bronough Street Tallahassee, FL 32399-0250

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

T. Christian Herren, Jr.
Voting Section, Civil Rights Division, U.S. Dept. of Justice
Room 7254 NWB
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                                                     Fold

Signature of Attorney other Originator requesting service on behalf of:   ☐ PLAINTIFF   ☐ DEFENDANT   TELEPHONE NUMBER   DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 17 | District to Serve No. 17 | Signature of Authorized USMS Deputy or Clerk *Julie White* | Date 6/12/12 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
ASHLEY DAVIS, ASSISTANT GENERAL COUNSEL

☑ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date 06/12/2012   Time 4:35   ☐ am ☑ pm

Signature of U.S. Marshal or Deputy

| Service Fee $55.00 | Total Mileage Charges including endeavors $1.10 | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $56.10 | $0.00 |
|---|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

Filed 06/14/12 USDC FLN 4PM 0121

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. 4:12CV285/WS/CAS |
| ) | |
| STATE OF FLORIDA; KEN DETZNER ) | |
| Secretary of State, in his official capacity ) | |
| ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ken Detzner
Secretary of State
Florida Department of State
R. A. Gray Building
500 South Bronough Street
Tallahassee, FL 32399-0250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  T. Christian Herren, Jr.
Voting Section, Civil Rights Division
U.S. Department of Justice
Room 7254 NWB
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT **JESSICA J. LYUBLANOVITS**

Date: 06/12/12

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:12CV285/WS/CAS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* ASHLEY DAVIS ASSO. GENERAL COUNSEL , a person of suitable age and discretion who resides there,
on *(date)* 06/12/2012 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 55.00 for travel and $ 1.10 for services, for a total of $ 56.10 / 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/12/2012

*Server's signature*

ANDREW C. KILGORE, SENIOR INSPECTOR
*Printed name and title*

111 N Adams St Rm 277 Tallahassee, FL
*Server's address*

Additional information regarding attempted service, etc: