# United States District Court
## CIVIL MINUTES - GENERAL

Time: 4:35 - 5:05 p.m.                        Case # 4:12cv285-RH
Date June 18, 2012

### UNITED STATES OF AMERICA v. STATE OF FLORIDA ET AL

DOCKET ENTRY: TELEPHONIC SCHEDULING CONFERENCE held. Parties discuss schedule for the Motion for Temporary Restraining Order. Ruling by Court: The deadline for filing a response to the motion is June 25, 2012. Oral argument on the motion will be held on June 27, 2012 at 10:00 am.

PRESENT:     HONORABLE **ROBERT L. HINKLE**, U. S. DISTRICT JUDGE

         Elizabeth Lawrence              Lisa Jones
            Deputy Clerk                   Court Reporter

ATTORNEYS APPEARING FOR PLAINTIFF:      ATTORNEYS APPEARING FOR DEFENDANTS:

    Elise Shore                                     Ashley Davis
    John Russ                                      Daniel Nordby
    Jenigh Garrett                              Chesterfield Smith
    Michael Harwin

                                                                 Initials of the Clerk:   ERL