IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | No. 4:12-CV-00285-WS-CAS |
| v. | ) ) ) | |
| STATE OF FLORIDA and KEN DETZNER, in his official capacity, | ) ) ) ) | |
| Defendants. | ) ) | |

**<u>MOTION OF BIPARTISAN GROUP OF VOTERS, LUIS I. GARCIA, DIANA K. WHITEHURST, HAL DAVID RUSH, and BARBARA A. DEREUIL, FOR EXPEDITED CONSIDERATION OF MOTION FOR PERMISSIVE INTERVENTION (D.E. #18)</u>**

Movants, Luis I. Garcia, Diana K. Whitehurst, Hal David Rush, and Barbara A. Dereuil (collectively, "Bipartisan Group of Voters" or "Intervenors"), respectfully move this Court pursuant to N.D. Fla. Loc. R. 7.1(E) to expedite consideration of their Motion for Permissive Intervention (D.E. #18), filed June 20, 2012. Intervenors are a bipartisan group of properly registered and duly qualified voters of the State of Florida who intend to vote in the November 6, 2012 general election (the "General Election"), and their fundamental constitutional right to vote will be directly affected by the outcome of this case. The grounds and authorities in support of this Motion are set forth in the Memorandum of Law incorporated herewith.

## Memorandum of Law

Local Rule 7.1(E) allows this Court, "[u]pon its own motion, or upon the written request of either party," to "waive the time requirements of this rule and grant an immediate hearing on any matter requiring such expedited procedure." Contemporaneously with this Motion, Intervenors have filed with this Court a Motion for Permissive Intervention and a proposed Answer and Counterclaim (D.E. #18, 18-1). As more fully explained therein, Intervenors' constitutional right to vote in the upcoming General Election stands to suffer imminent harm in the event that Plaintiff UNITED STATES OF AMERICA ("UNITED STATES") succeeds in preventing the State Defendants from identifying and removing non-citizens from Florida's voter registration system.

The UNITED STATES has itself noted the urgency that attends this matter, requesting in its Complaint "that the consideration of this action be expedited given the importance of the rights sought to be vindicated herein." Compl., D.E. #2, at 8. Moreover, the UNITED STATES has already filed its Motion for a Temporary Restraining Order (D.E. #7). Intervenors have recently learned of this Court's Order Setting the Schedule on the Motion for a Temporary Restraining Order (D.E. #13), setting a hearing on the UNITED STATES's Motion for Temporary Restraining Order for June 27, 2012.

In light of the impact that the relief that Plaintiff seeks would have on Intervenors' constitutional right to vote, they respectfully request that this Court consider their Motion for Permissive Intervention at the time that it considers Plaintiff's Motion for a

Temporary Restraining Order, and before ruling on same. Intervenors also request that this Court set an expedited briefing schedule, which Intervenors propose as follows:

Opposition Memoranda, if any, to be filed no later than 5 p.m. on June 22, 2012; and

Intervenors' Reply Memoranda to be filed no later than 5 p.m. on June 26, 2012.

### Certification Pursuant to Rule 7.1(B)

The undersigned counsel certifies that she has been unable to confer with counsel for the Plaintiff and Defendants due to time restrictions. Due to Plaintiff's request for expedited treatment and the imminent hearing on Plaintiff's Motion for a Temporary Restraining Order, Movants fear that the delays involved in seeking and obtaining consent from the Plaintiff and Defendants to the instant Motion before filing same will prevent Movants from adequately being represented in this case before rulings potentially affecting them are considered or entered. Counsel certifies that immediately upon filing this Motion, she will attempt to obtain consent from the Plaintiff and Defendants.

Respectfully submitted,

s/ Raquel A. Rodriguez
Raquel A. Rodriguez
Fla. Bar No. 511439
rrodriguez@mcdonaldhopkins.com
David Axelman
Fla. Bar No. 90872
daxelman@mcdonaldhopkins.com
MCDONALD HOPKINS LLC
Southeast Financial Center
200 South Biscayne Boulevard, Suite 3130
Miami, FL 33131-2344
Tel: (305) 704-3994
Fax: (305) 704-3999
*Attorneys for Movants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 20, 2012, a true and correct copy of the foregoing was filed with the Clerk of Court via the CM/ECF system, causing a Notice of Electronic Filing to be sent to the following counsel of record: **John Albert Russ, IV**, **Elise Sandra Shore**, **Pamela Cothran Marsh**, and **Jenigh J. Garrett**, Counsel for Plaintiff United States of America; and **Ashley E. Davis** and **Daniel Elden Nordby**, Counsel for Defendant Ken Detzner.

s/ Raquel A. Rodriguez
Raquel A. Rodriguez
