IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

|  |  |  |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | No. 4:12-CV-00285-WS-CAS |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF FLORIDA and KEN DETZNER, | ) | |
| in his official capacity, | ) | |
| | ) | |
| *Defendants.* | ) | |
| _____ | ) | |

## INTERVENORS' NOTICE OF COMPLIANCE WITH N.D. FLA. LOC. R. 7.1(B)

Bipartisan Group of Voters Luis I. Garcia, Diana K. Whitehurst, Hal David Rush, and Barbara A. Dereuil (collectively, "Intervenors"), hereby file this Notice of Compliance with N.D. Fla. Loc. R. 7.1(B), and state as follows:

1.     On June 20, 2012, Intervenors filed that certain Motion of Bipartisan Group of Voters Luis I. Garcia, Diana K. Whitehurst, Hal David Rush, and Barbara A. Dereuil for Permissive Intervention ("Motion for Permissive Intervention," D.E. #18) and Motion For Expedited Consideration ("Motion for Expedited Consideration," D.E. #19) (collectively, the "Motions").

2.     Pursuant to N.D. Fla. Loc. R. 7.1(B), counsel for Intervenors certified that the time restrictions attendant to the urgent nature of the relief requested in the Motions rendered her unable to confer with counsel for Plaintiff and Defendants prior to filing, but that she would attempt to obtain consent immediately after filing.

3.      As represented, immediately after filing the Motions, counsel for Intervenors conferred with Defendants' counsel and obtained their consent to the relief sought in the Motions.

4.      Immediately after filing the Motions, counsel for Intervenors contacted the United States Attorney's Office in Tallahassee and left a voicemail for the Assistant United States Attorney identified as the attorney responsible for this matter on behalf of Plaintiff. Several hours later, counsel for Intervenors conferred with the Assistant United States Attorney, who stated that the request for consent had been forwarded to the appropriate person at the Department of Justice in Washington, D.C.

5.      The Department of Justice has not yet informed counsel for Intervenors whether Plaintiff consents to the relief requested in the Motions.

Respectfully submitted,

s/ David Axelman
Raquel A. Rodriguez
Fla. Bar No. 511439
rrodriguez@mcdonaldhopkins.com
David Axelman
Fla. Bar No. 90872
daxelman@mcdonaldhopkins.com
MCDONALD HOPKINS LLC
Southeast Financial Center
200 South Biscayne Boulevard, Suite 3130
Miami, FL 33131-2344
Tel: (305) 704-3994
Fax: (305) 704-3999
*Attorneys for Intervenor Defendants-Counter-Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

 **I HEREBY CERTIFY** that on June 21, 2012, a true and correct copy of the foregoing was filed with the Clerk of Court via the CM/ECF system, causing a Notice of Electronic Filing to be sent to the following counsel of record: **John Albert Russ, IV**, **Elise Sandra Shore**, **Pamela Cothran Marsh**, and **Jenigh J. Garrett**, Counsel for Plaintiff United States of America; and **Ashley E. Davis** and **Daniel Elden Nordby**, Counsel for Defendant Ken Detzner.

<div align="center" style="text-align:right">

s/ David Axelman  
David Axelman

</div>

McDonald Hopkins LLC, Attorneys at Law
200 South Biscayne Boulevard, Suite 3130, Miami, Florida  33131 • 1.305.704.3990