IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


THE UNITED STATES OF AMERICA,

    Plaintiff,

v.     CASE NO. 4:12cv285-RH/CAS

STATE OF FLORIDA and KEN DETZNER,
Secretary of State, in his official capacity,

    Defendants.

_____/


ORDER SETTING THE SCHEDULING
ON THE MOTION TO INTERVENE


    Four individuals have moved to intervene as defendants and have moved for expedited consideration of the motion. The defendants do not oppose the motion. The plaintiff has taken no position on the motion. This order sets a schedule that will allow expedited consideration of the motion to intervene if it will serve a purpose—if the defendants will yield time to the intervenors to participate in the oral argument on the motion for a temporary restraining order—and otherwise requires the plaintiff to respond on the normal schedule, that is, by the first business day at least 17 days after the filing of the motion to intervene.

Case No. 4:12cv285-RH/CAS

IT IS ORDERED:

1. The proposed intervenors will be allowed to participate in the oral argument on the motion for a temporary restraining order only if (a) the motion to intervene is granted and (b) the defendants yield part of their oral-argument time to the intervenors.

2. The deadline for the proposed intervenors to file a notice that the defendants have agreed to yield time to participate in the oral argument on the motion for a temporary restraining order is June 22, 2012, at 5:00 p.m.

3. The plaintiff must file a response to the motion to intervene (a) by June 26, 2012, at 5:00 p.m., if the proposed intervenors file a timely notice of yielded oral-argument time, or (b) otherwise, July 9, 2012.

SO ORDERED on June 21, 2012.

                                           s/Robert L. Hinkle
                                           United States District Judge