IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | )<br>)<br>) |
| *Plaintiff*, | ) No. 4:12-CV-00285-WS-CAS<br>) |
| v. | )<br>) |
| STATE OF FLORIDA and KEN DETZNER, in his official capacity, | )<br>)<br>) |
| *Defendants*. | )<br>) |

### INTERVENORS' NOTICE OF COMPLIANCE WITH COURT'S ORDER DATED JUNE 21, 2012 (D.E. #22)

Intervenors, Luis I. Garcia, Diana K. Whitehurst, Hal David Rush, and Barbara A. Dereuil (collectively, "Intervenors"), hereby file this Notice of Compliance with Court's Order Dated June 21, 2012 (D.E. #22), advising the Court that Defendants have consented to yield up to five minutes of their time to Intervenors to participate in oral argument on Plaintiff's Motion for a Temporary Restraining Order (D.E. #7).

Respectfully submitted,

s/ David Axelman
Raquel A. Rodriguez
Fla. Bar No. 511439
rrodriguez@mcdonaldhopkins.com
David Axelman
Fla. Bar No. 90872
daxelman@mcdonaldhopkins.com
MCDONALD HOPKINS LLC
Southeast Financial Center
200 South Biscayne Boulevard, Suite 3130

Miami, FL 33131-2344  
Tel: (305) 704-3994  
Fax: (305) 704-3999  
*Attorneys for Intervenor Defendants-Counter-Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 22, 2012, a true and correct copy of the foregoing was filed with the Clerk of Court via the CM/ECF system, causing a Notice of Electronic Filing to be sent to the following counsel of record: **John Albert Russ, IV**, **Elise Sandra Shore**, **Pamela Cothran Marsh**, and **Jenigh J. Garrett**, Counsel for Plaintiff United States of America; and **Ashley E. Davis** and **Daniel Elden Nordby**, Counsel for Defendant Ken Detzner.

s/ David Axelman  
David Axelman