AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

United States
*Plaintiff*
v.
State of Florida; Ken Detzner
*Defendant*

Case No. 4:12-CV-285-RH/CAS

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Secretary of State Kenneth Detzner .

Date: 06/25/2012

*Attorney's signature*

Warren Postman, 995083
*Printed name and bar number*

Jones Day
51 Louisiana Ave. NW
Washington, DC 20001
*Address*

wpostman@jonesday.com
*E-mail address*

(202) 879-3913
*Telephone number*

(202) 626-1700
*FAX number*