AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   4:12-CV-285-RH/CAS |
| State of Florida; Ken Detzner | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Secretary of State Kenneth Detzner

Date:   06/25/2012

*Attorney's signature*

Gregory G. Katsas, 448142
*Printed name and bar number*

Jones Day
51 Louisiana Ave. NW
Washington, DC  20001

*Address*

ggkatsas@jonesday.com
*E-mail address*

(202) 879-3463
*Telephone number*

(202) 626-1700
*FAX number*