# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THE UNITED STATES OF AMERICA

    Plaintiff,

v.                                                                          Civil Case No. 4:12-CV-285-RH/CAS

STATE OF FLORIDA; KEN DETZNER,
Secretary of State, in his official capacity.

    Defendants.
_____/

## DECLARATION OF GISELA SALAS

1.    My name is Gisela Salas. I am currently employed by the Florida Department of State ("FDOS") as the Director of the Division of Elections ("Division"). I have held this position since May 17, 2011.

2.    In 2011, FDOS engaged in a matching process with the Florida Department of Highway Safety and Motor Vehicles ("DHSMV") to locate records in the MAN Driver and Vehicle Express ("MDAVE"), which is part of the Drivers and Vehicle Information Database ("DAVID") pertaining to individuals on the voting rolls. This matching process produced DHSMV records for 11 million registered voters. Among those 11 million records, approximately 180,000, or 1.6%, showed that registered voters provided DHSMV with identification, such as a foreign passport, green card, or U.S. Visa, indicating that they were non-citizens.

3.    On August 1, 2011, FDOS contacted the Department of Homeland Security ("DHS") and requested access to the Security Systematic Alien Verification for Entitlements Database ("SAVE") to determine the eligibility of voters to be registered. FDOS's regular inquiries about the status of its request generally went unanswered for nearly a year.

4.    Between April 4 and April 30, 2012, a sample of roughly 2,600 of the approximately 180,000 records of potentially ineligible registered voters was forwarded to county supervisors for their additional review. Since April 30, 2012, FDOS has not forwarded any more names from the approximately 180,000 records to county supervisors.

5.    After the sample of 2,600 names was sent to the county supervisors, most supervisors began the statutory notice and removal process.

6. It is my understanding from county supervisors that:

   a. Over 400 registered voters confirmed their eligibility to vote;
   b. Since April 4, 2012, over 100 registered voters admitted that they were not citizens and have been removed from the voter rolls; and
   c. Over half of the admitted non-citizens removed from the voter rolls voted in prior elections.

7. FDOS is not aware of any individual who was removed from the rolls without a supervisor determining that the preponderance of the evidence demonstrated they were ineligible.

8. The transmission of additional names from the approximately 180,000 records to the county supervisors has been suspended until FDOS' access to the SAVE data is resolved.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 25th day of June 2012.

_____
Gisela Salas