IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

_____
                                            )
THE UNITED STATES OF AMERICA,  )
                                            )
        *Plaintiff*,                     )
                                            )
   v.                                      ) Case No. 4:12cv285-RH/CAS
                                            )
STATE OF FLORIDA and KEN DETZNER,  )
Secretary of State, in his official capacity, )
                                            )
        *Defendants*.                 )
_____ )

**CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Fed.R.Civ.P. 7.1, Proposed Interveners Judicial Watch, Inc. and the True the Vote state that they are corporations organized under Section 501(c)(3) of the Internal Revenue Code. Neither Judicial Watch nor True the Vote has a parent corporation, and no publicly held company or investment fund has a 10% or greater ownership interest in either corporation.

Dated: June 26, 2012                            Respectfully submitted,

                                                            *Paul J. Orfanedes*
                                                             Paul J. Orfanedes
                                                             *Petition for Admission* to Be Filed
                                                             Chris Fedeli
                                                            *Petition for Admission* Pending

                                                            JUDICIAL WATCH, INC.

1

425 Third Street S.W., Ste. 800
Washington, DC 20024
Tel: (202) 646-5172
Fax: (202) 646-5199
Email:
porfanedes@judicialwatch.org
cfedeli@judicialwatch.org

*/s/  Christopher B. Lunny*
Christopher B. Lunny
Fla. Bar No. 0008982
Harry O. Thomas
Fla. Bar No. 195097

RADEY THOMAS YON &
CLARK
301 South Bronough Street
Suite 200
Tallahassee, FL 32301
Tel: (850) 425-6654
Fax: (850) 425-6694
Email:
clunny@radeylaw.com
hthomas@radeylaw.com

*Attorneys for Proposed Interveners*

*Of Counsel:*

J. Christian Adams
Election Law Center, PLLC
300 N. Washington Street, Ste. 405
Alexandria, VA 22314