# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>STATE OF FLORIDA; KEN DETZNER, )<br>Secretary of State, in his official capacity. )<br><br>Defendants. )<br> ) | CIVIL ACTION NO.<br>4:12-CV-00285-RH-CAS |

**DECLARATION OF EILEEN SELIS**

I, Eileen Selis, hereby declare as follows:

1.    I was born in Pennsylvania and I am a U.S. citizen.  I usually vote in primary elections and I have exercised my right to vote in practically every presidential election since Dwight D. Eisenhower's re-election in 1956.  I have been a resident of Volusia County, Florida since 1975.  I am registered voter in Volusia County.

2.    On May 21, 2012, I received a letter (attached to this declaration), dated May 18, 2012, from the Volusia County Supervisor of Elections.  The letter said that I had to prove that I was a U.S. Citizen by producing a birth certificate or passport within 30 days or I might be removed from the voter registration rolls.  Although I may have read an article in the paper concerning the removal program, I did not fully understand the process or its potential impact on my status as a registered voter before I received the letter from the Volusia County Supervisor of Elections.

- 2 -

3.      The letter shook me because I try to be a good citizen and I think that I am. I was

concerned that I would not be able to vote when I received the letter. I immediately sent a copy

of my United States passport to the office of the Volusia County Supervisor of Elections the

evening of May 21, 2012.

4.      I have not received any confirmation from the Volusia County Supervisor of

Elections indicating that my voter registration was in good standing or that the office received

my May 21, 2012 fax. As a result, I continue to fear that I will not be able to vote on Election

Day.

5.      I am also concerned that I may be questioned when I appear to vote and will be

required to produce my birth certificate or United States passport because someone may say that

I have not proved my citizenship.

6.      I do not understand why the Supervisor of Elections would send a letter stating

that she might remove me from the voter registration rolls because I do not think it makes sense.

I have voted for over 50 years. I have a driver's license, a voter registration card, and a passport.

In addition, I pay my taxes, my name is easily spelled, and I have reported for jury duty each

time my name was on the roster. To date, I do not know how the county determined that I was in

the non-citizen category and I am upset that I received the letter requiring that I prove my

citizenship.


        I declare under penalty of perjury that the foregoing is true and correct. Executed on

this _25th_ day of June, 2012.

                                        _Eileen Selis_
                                        Eileen Selis

Jun 25 12 08:49a      George Selis                                                        p.3

Jun 20 12 09:02a      George Selis                                                        p.1



125 W. New York Avenue
DeLand, FL 32720-5415

# County of Volusia

Supervisor of
Elections
*Ann McFall*

www.volusia.org/elections
elections@co.volusia.fl.us

(386)736-5930 • (386)254-4690
(386)423-3311 • FAX (386)822-5715

May 18, 2012

*FAYed*
*5/21/2012*

Eileen L. Selis



Voter Registration Number: [ ▓▓▓▓ ]

Dear Eileen Selis:

The Volusia County Supervisor of Elections has received information from the Florida Division of Elections that calls into question your eligibility to be registered to vote. In Florida, only U.S. Citizens can register and vote. See s. 97.041, *Fla. Stat.* (2011).

Please complete and return the enclosed 'voter eligibility form' to the Supervisor of Elections' office within thirty (30) days of receipt.

If you believe we have made a mistake about your identity or citizenship status, or you have acquired citizenship since your last interaction with DHSMV, please include with the 'voter eligibility form' a copy of any document that either shows that you are not the person identified in this letter or that you are a U.S. citizen. The following documents are examples of proof of U.S. citizenship: U.S. Birth Certificate, Passport, U.S. Consular Certificate of Birth, or U.S. Certificate of Naturalization. If your name has changed or you use another name different from that on the document, please include a copy of the document showing that name change. You also have the right to request a hearing if you deny that the ineligibility information is accurate.

You may mail, fax or e-mail the voter eligibility form and supporting documentation or you can come in person with that form and any supporting document to the Supervisor of Elections' office. **If you fail to respond within thirty (30) days, we may determine that you are ineligible and remove your name from the voter registration rolls. You will then no longer be eligible to vote.**

You may reach our offices as follows: [insert contact information including phone number, physical street address, mailing address, fax number and e-mail address.]

Sincerely,

*Ann McFall*

Supervisor of Elections
Ann McFall

Enclosures: Voter Eligibility Form with Self-addressed Return Envelope

Jun 25 12 08:49a        George Selis                                                    p.4

Jun 20 12 09:02a        George Selis                                                    p.2

# VOTER ELIGIBILITY FORM

1. You have been identified as potentially ineligible to be registered to vote.

2. If you do not respond within thirty (30) days after receiving this notice, the supervisor of elections may determine that you are ineligible to be registered to vote and remove your name from the voter registration system.

---

**PLEASE PRINT**

VOTER REGISTRATION #: [▩▩▩▩▩]

NAME OF VOTER:   *SELIS*        *EILEEN*        *Lila*
                 LAST          FIRST          MIDDLE

DATE OF BIRTH: ▩▩▩▩▩▩▩        SEX: ☐ MALE  ☒ FEMALE

Driver's License No or Florida ID Card No: ▩▩▩▩▩▩▩▩▩▩▩

Last 4 Social Security No: ▩▩▩▩

Residential Address: ▩▩▩▩▩▩▩▩▩▩▩▩▩

        *ORMOND BEACH FL 32176*

PHONE NUMBER: (HOME) (▩▩▩▩▩▩▩)        (WORK) (_____) _____-_____

---

**Please check the box that applies to you sign and date form:**

☒  Under penalties of perjury, I swear or affirm that the information that I am ineligible is inaccurate AND:

_____ I request a hearing. (Please bring whatever documents you have in support of your eligibility), OR

☒  I do not request a hearing. Please see attached document in support of my eligibility. **DO NOT MAIL ORIGINAL.**

☐  Under penalties of perjury, I swear or affirm that the information that I am ineligible is accurate.

SIGNATURE OF VOTER: *Eileen Lila Selis*        DATE: 5/21/2012
(It is a criminal offense to knowingly make a false statement in writing with the intent to mislead a public official in the performance of his or her official duty. s. 837.06, Fla. Stat.)

Return form to: [insert contact information: fax, e-mail, mailing and physical addresses]



The Secretary of State of the United States of America
hereby requests all whom it may concern to permit the citizen/national
of the United States named herein to pass without delay or hindrance
and in case of need to give all lawful aid and protection.

Le Secrétaire d'Etat des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer le citoyen
ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni
difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.

El Secretario de Estado de los Estados Unidos de América por el presente solicita a las
autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos
aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la
ayuda y protección lícitas.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

NOT VALID UNTIL SIGNED