IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

_____
                                        )
THE UNITED STATES OF AMERICA,           )
                                        )
       *Plaintiff*,                        )
                                        )
  v.                                    ) Case No. 4:12cv285-RH/CAS
                                        )
STATE OF FLORIDA and KEN DETZNER,       )
Secretary of State, in his official capacity, )
                                        )
       *Defendants*,                       )
                                        )
  and                                   )
                                        )
JUDICIAL WATCH, INC., on behalf of      )
certain of its members, and TRUE THE VOTE, )
in its individual, corporate capacity,  )
                                        )
       *Defendant-Interveners*.            )
_____ )

**DEFENDANT-INTERVENERS JUDICIAL WATCH, INC. AND TRUE THE VOTE'S CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.1(D), undersigned counsel for Defendant-Interveners Judicial Watch, Inc. and True the Vote (collectively "Proposed Interveners") certifies that a true and correct copy of the Proposed Interveners' *Motion for Intervention of Judicial Watch Inc. and True the Vote; Memorandum in Support; And Request to Expedite* (D.E. 28) and *Corporate Disclosure Statement*

(D.E. 29) will be sent electronically to the registered participants (in the CM/ECF system) on this 26th day of June, 2012.

        Respectfully submitted,

        */s/ Christopher B. Lunny*
        Christopher B. Lunny
        Fla. Bar No. 0008982

        RADEY THOMAS YON & CLARK
        301 South Bronough Street
        Suite 200
        Tallahassee, FL 32301
        Tel: (850) 425-6654
        Fax: (850) 425-6694
        Email: clunny@radeylaw.com

        *Attorneys for Proposed Interveners*