IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF FLORIDA; KEN DETZNER,<br>Secretary of State, in his official capacity,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 4:12-cv-00285-RH-CAS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION OF THE BRENNAN CENTER FOR JUSTICE AT N.Y.U.
SCHOOL OF LAW, THE LEAGUE OF WOMEN VOTERS OF FLORIDA,
AND THE LEAGUE OF WOMEN VOTERS OF THE UNITED STATES
FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF**

The Brennan Center for Justice at N.Y.U. School of Law, the League of Women Voters of Florida, and the League of Women Voters of the United States (collectively, "Movants"), through counsel, hereby move for leave to file a brief as amici curiae in the above-captioned case. A copy of the brief, which sets forth the interests of Movants in this matter and explains how Movants can assist the Court in connection with Plaintiff's instant motion for a temporary restraining order, is annexed hereto.

Counsel for United States of America has informed Movants that Plaintiff consents to the filing of Movants' brief. In addition, this Court has the inherent authority to designate amici curiae and accept briefs from them in a proceeding such as this one. See, e.g., Resort Timeshare Resales, Inc. v. Stuart, 764 F. Supp. 1495, 1500 (S.D. Fla. 1991); Fla. Wildlife Federation v. Jackson, No. 4:08cv324-RH/WCS, Order Granting Leave to File Amicus Brief (N.D. Fla. Nov.

10, 2009) (Dkt. No. 134) (Hinkle, J.).  In recognition of the importance of the issues presented in Plaintiff's motion for a temporary restraining order, and the expertise and interest of Movants in respect of such issues, Movants respectfully request that the Court grant leave for the filing of the brief annexed hereto.

Dated: June 26, 2012

Respectfully submitted,

| | */s/ Diana Kasdan* |
|---|---|
| DAVIS POLK & WARDWELL LLP | Wendy R. Weiser |
| | New York Bar No. 4415303 |
| Daniel F. Kolb* | Diana Kasdan |
| New York Bar No. 1257922 | New York Bar No. 4028874 |
| David C. Newman* | Jonathan Brater* |
| New York Bar No. 4590808 | New York Bar No. 5014899 |
| Matthew Cormack* | Brennan Center for Justice |
| New York Bar No. 5002159 | at N.Y.U School of Law |
| 450 Lexington Avenue | 161 Avenue of the Americas, 12th Floor |
| New York, New York  10017 | New York, New York  10013 |
| Tel:    212-450-4695 | Tel:    646-292-8310 |
| Fax:    212-701-5800 | Fax:    212-463-7308 |
| daniel.kolb@davispolk.com | wendy.weiser@nyu.edu |
| david.newman@davispolk.com | kasdand@law.nyu.edu |
| matthew.cormack@davispolk.com | jonathan.brater@nyu.edu |

*Not admitted in this district

*Attorneys for Amici Curiae Brennan Center for Justice at N.Y.U. School of Law, League of Women Voters of Florida, and League of Women Voters of the United States*

**CERTIFICATE OF LOCAL RULE 7.1(B) COMPLIANCE**

Pursuant to N.D. Fla. Local R. 7.1(B), undersigned counsel states that I have conferred with counsel for the United States of America, the State of Florida, and Ken Detzner in a good faith effort to resolve by agreement the issues raised in the Motion of the Brennan Center for Justice at N.Y.U. School of Law, the League of Women Voters of Florida, and the League of Women Voters of the United States for Leave to File an _Amicus Curiae_ Brief.  Counsel for the United States of America does not oppose the motion.  Counsel for the Defendants State of Florida and Ken Detzner, object to the motion at this time, "but [they] may be in a position to consent later in this litigation."

／s／ _Diana Kasdan_

**CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that correct copies of the foregoing Motion of the Brennan Center for Justice at N.Y.U. School of Law, the League of Women Voters of Florida, and the League of Women Voters of the United States for Leave to File an _Amicus Curiae_ Brief was served by filing in this Court's CM/ECF system this 26th day of June 2012 on all attorneys of record in this matter.

／s／ _Diana Kasdan_