# United States District Court
## CIVIL MINUTES - GENERAL

Case #  4:12cv285                                         Date      June 27, 2012

UNITED STATES OF AMERICA v. STATE OF FLORIDA et al

DOCKET ENTRY:   Motion Hearing Held            10:02 a.m. - 12:05 pm

Motion for Temporary Restraining Order is DENIED.

PRESENT: HONORABLE  ROBERT L. HINKLE  , UNITED STATES DISTRICT JUDGE

| Elizabeth Lawrence | Judy Nolton |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys For Plaintiff:                Attorneys For Defendant:
John Russ                               Ashley Davis, Daniel Nordby, Michael Carvin, Raquel Rodriguez

PROCEEDINGS:    Motion Hearing Held

10:02  Court in session
10:03  Plaintiff (Russ) argues Motion for Temporary Restraining Order
10:30  Response by Defense (Carvin)
10:57  Response by Defense - Intervenor (Rodriguez)
11:04  Rebuttal by Plaintiff (Russ)
11:09  Court in recess

11:39  Court in session
11:40  Ruling by Court: Motion for Temporary Restraining Order is DENIED.
12:05  Court adjourned

Initials of Clerk: **ERL**