IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

_____
                                                        )
THE UNITED STATES OF AMERICA,     )
                                                        )
        *Plaintiff*,                                  )
                                                        )
   v.                                                 ) Case No. 4:12-cv-285-RH/CAS
                                                        )
STATE OF FLORIDA and KEN DETZNER, )
Secretary of State, in his official capacity,   )
                                                        )
        *Defendants*.                              )
_____ )

## NOTICE OF APPEARANCE

The undersigned, Chris Fedeli, is admitted to the U.S. District Court for the Northern District of Florida and hereby appears in this case as counsel for Proposed Interveners Judicial Watch, Inc. and True the Vote. All pleadings and papers should be served upon him.

Dated: June 29, 2012                       Respectfully submitted,

                                             */s/ Chris Fedeli*
                                             Chris Fedeli
                                             District of Columbia Bar No. 472919
                                             JUDICIAL WATCH, INC.
                                             425 Third Street S.W., Ste. 800
                                             Washington, DC 20024
                                             Tel: (202) 646-5185
                                             Fax: (202) 646-5199
                                             Email: cfedeli@judicialwatch.org

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by filing in this Court's CM/ECF system this 29th day of June, 2012 on all attorneys of record in this matter.

                                        */s/ Chris Fedeli*
                                        Chris Fedeli