IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.                                 CASE NO. 4:12cv285-RH/CAS

STATE OF FLORIDA and KEN DETZNER,
Secretary of State, in his official capacity,

    Defendants.

_____/

**ORDER GRANTING LEAVE TO FILE AN AMICUS
BRIEF AND TO FILE REPLY MEMORANDA
IN SUPPORT OF THE MOTIONS TO INTERVENE**

IT IS ORDERED:

1. The motion of the Brennan Center for Justice and others to file an amicus brief, ECF No. 32, is GRANTED. The amicus brief, ECF No. 32-1, is deemed properly filed and was considered in ruling on the motion for a temporary restraining order.

2. A party who opposes the motion to intervene filed by Judicial Watch, Inc., and others, ECF No. 28, must file a memorandum by July 13, 2012.

Case No. 4:12cv285-RH/CAS

3.	A party seeking intervention—including Judicial Watch, Inc., and others, and Luis I. Garcia and others—may file a reply memorandum in support of the motion to intervene.  The deadline for a reply memorandum is July 20, 2012.

SO ORDERED on June 29, 2012.

s/Robert L. Hinkle<br>United States District Judge