IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

|  |  |  |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No. 4:12-cv-285-RH/CAS |
| STATE OF FLORIDA and KEN DETZNER, Secretary of State, in his official capacity, | ) ) ) ) | |
| *Defendants*. | ) ) ) | |

### DECLARATION OF THOMAS J. FITTON

Pursuant to 28 U.S.C. § 1746, I, Thomas J. Fitton, hereby declare and state as follows:

1. My name is Thomas J. Fitton. I am over the age of eighteen and have personal knowledge of the facts set forth below.

2. I am the President of Judicial Watch, Inc. ("Judicial Watch") and a member of its Board of Directors. I have served in these capacities since approximately August of 1998. Judicial Watch is a non-profit organization that seeks to promote integrity, transparency, and accountability in government and fidelity to the rule of law.

3. Judicial Watch seeks to intervene in this legal action on behalf of its members. A large number of Judicial Watch members in Florida want Judicial

Watch to intervene in this litigation to protect their interests in fair elections. Intervening in legal actions concerning election law, such as the present case, is a substantial reason why these members financially support Judicial Watch in the first place.

### Judicial Watch's Actions on Behalf of Its Members

4.   Judicial Watch is a membership organization pursuant to Article IV of its Articles of Incorporation.  In addition, pursuant to Article II, Section 2.01 of Judicial Watch's Bylaws, membership in Judicial Watch is open to any person who makes a financial contribution of a certain amount to the organization.  Also, pursuant to Article II, Section 2.10 of the Bylaws, the views of Judicial Watch members must be given serious consideration in decisions of the Board of Directors.  Pursuant to these Bylaws, the views of Judicial Watch's members exercise significant influence over the decisions of Judicial Watch's Board of Directors.

5.   As President of Judicial Watch, I have broad responsibilities for communicating with Judicial Watch's members concerning our activities.  Judicial Watch has at least 18,728 members in the State of Florida.  Each of these members made at least one financial contribution to Proposed Intervener Judicial Watch over the past two years, and thus helped to finance the activities of the organization during this time period.   I solicited the views of a subset of these

members via email concerning the above-captioned litigation before Judicial Watch moved to intervene. Because of the expedited nature of this litigation Judicial Watch had a short period of time to collect responses, but since my inquiry, over 500 members who are registered to vote in Florida communicated directly to me to request that Judicial Watch take action to protect their voting rights interests by intervening on the side of the State of Florida in the above-captioned case. A copy of the correspondence I received from these members is included at Attachment 1. These members indicated to me that Judicial Watch's protection of their voting rights was one of the reasons why they support the organization. *See* Attach. 1. The wishes of Judicial Watch's members were a substantial factor which influenced our decision to move to intervene in this case.

6.      Furthermore, in 2012 Judicial Watch conducted a general survey of its membership concerning the election integrity project, the results of which were published in its June 2012 newsletter. The results of that survey are included at Attachment 2. In that survey, 97% of Judicial Watch members indicated they wanted Judicial Watch to assist states in disputes with the federal government over Voter ID programs. *See* Attach. 2. Also, 96% of Judicial Watch members indicated that lawsuits to protect the integrity of the November 2012 elections should be "a high priority as Judicial Watch budgets its resources in the upcoming months." *See* Attach. 2.

7. Judicial Watch's Election Integrity Project expresses these collective wishes of its members. As a part of the Election Integrity Project, Judicial Watch initiates and participates in litigation to provide a means for the organization's members to advance their collective views and protect their collective interests. For this project, Judicial Watch has embarked on a multi-year legal effort to ensure states and counties are performing their voter roll list maintenance obligations required by federal law. Judicial Watch has devoted a substantial amount of resources to this effort. Specifically, Judicial Watch funded independent research to determine which states and counties had voter registration rolls with more registrations than their total voting age populations.

8. Judicial Watch is only able to invest the resources required for the above-described effort and involve itself in litigation such as the instant case through the financial support of its members. For this reason, the preferences of Judicial Watch's members plays a significant role in our day-to-day decision-making concerning which projects Judicial Watch undertakes and which litigation the organization involves itself in.

9. Judicial Watch has now sent out over 50 letters to select state and county election officials notifying them of potential violations of the National Voter Registration Act's (NVRA) list maintenance obligations. Acting on the state responses to its letters, in June of 2012, Judicial Watch filed its first lawsuit

against the State of Indiana for violations of the NVRA's list maintenance provisions in the U.S. District Court for the Southern District of Indiana. Also in June of 2012, Judicial Watch obtained leave of court to file an *amicus curiae* brief in a Tennessee dispute concerning voter list maintenance under the NVRA and the Help America Vote Act (HAVA) in the U.S. District Court for the Middle District of Tennessee.

10. In the course of these efforts, Judicial Watch has developed expertise and insights into federal election laws governing the maintenance of accurate voter registration rolls, including but not limited to those provisions of the NVRA and HAVA requiring list maintenance. I believe Judicial Watch's expertise will be helpful to the Court in the present case.

## Judicial Watch Members' Interest

11. Judicial Watch is a conservative organization serving a discrete segment of the population that is particularly concerned about promoting fidelity to the rule of law. Accordingly, in cases such as this one where a state is seeking to comply with its legal obligations under the voter list maintenance provisions of federal law, Judicial Watch's members are particularly concerned because of the appearance of politically-motivated legal actions to thwart compliance with the law.

12. Based on my communications with Judicial Watch's members, it is apparent to me that the presence of ineligible persons on the voter rolls undermines our members' confidence in the integrity of the election process. I believe that this loss of confidence in the integrity of elections is a particularized interest that Judicial Watch's members are more likely to suffer than are members of the general population.

13. I understand that the U.S. Supreme Court has recognized that governments have a protectable interest in ensuring their citizens have confidence in the legitimacy of elections. Based on the relevant federal laws, I believe our individual members also have a legitimate interest in acting to protect their own confidence in the legitimacy of elections. In this regard, Judicial Watch is acting to represent and protect these interests of its members through this intervention.

## Judicial Watch's Unique Interest in the Litigation

14. Finally, Judicial Watch's interests are not duplicative of those of the State of Florida in this litigation. Months before this lawsuit was filed, Judicial Watch informed Florida of potential legal claims against Florida under the NVRA in an ongoing effort to protect its members' interests. Specifically, as explained in Judicial Watch's Motion to Intervene ("Motion") in this case, on February 6, 2012 I sent a letter to Florida election officials asking them to demonstrate their

compliance with the NVRA. I sent the letter on behalf of Judicial Watch, its members, True the Vote, and other parties similarly situated.

15. In that letter, I asked Florida's top election officials to explain why the names of dead people had not been removed from the state's voter rolls. I also advised them that certain counties had voter rolls with registrations that exceeded their populations, and asked them to provide information to Judicial Watch concerning their list maintenance programs as required by the NVRA. Florida responded to me by providing certain information concerning its list maintenance efforts by letter dated April 4, 2012. Links to these letters were provided to the Court in Judicial Watch's Motion at pages 5 and 6.

16. As of this date, Judicial Watch has not made a final determination as to whether Florida is in full compliance with the NVRA, and therefore may still have adverse claims against the State of Florida to ensure the list maintenance provisions are being thoroughly followed. For this reason, Judicial Watch needs to be involved in this litigation separately to ensure that its members' interests are fully and completely represented before this Court.

I HEREBY DECLARE under penalty of perjury that the foregoing is true and correct. Executed on this 19th day of July, 2012 in Washington, DC.

Thomas J. Fitton

Attachment 1

Home

**Preorder Now: The Corruption Chronicles by Tom Fitton**

**End Illegal Immigration Now!**

**2012 Election Integrity Project**

**Challenging Obamacare**

**Gov. Agencies Meet with Hollywood RE: bin Laden**

## 2012 ELECTION INTEGRITY PROJECT — FLORIDA

Dear Tom,

As a Florida citizen and a Judicial Watch member, I want Judicial Watch to intervene in the Department of Justice lawsuit against Florida to help ensure Florida can clean up its voter rolls and protect your right to vote. Having Judicial Watch look after my voting rights interests is one of the reasons why I support Judicial Watch.

☐ Yes  I am registered to vote in Florida.

[ Submit ]

(By submitting your response you are in no way obligated to be involved personally in any litigation)

**Get our email newsletter**

Enter your email address*

[ Subscribe ]

**Account Status**

**60%**

[ Unlock Features ]

**Stay Connected**

- Facebook
- YouTube
- Twitter
- LinkedIn
- RSS
- Scribd.
- Inbox
- Flickr

Attachment 2

# Judicial Watch Conducts Member Survey on its 2012 Election Integrity Project



Whether it's funneling cash to ACORN-spinoffs or working hand-in-hand with scandal-ridden ACORN-front Project Vote to encourage voter registration fraud, the Obama campaign has initiated a massive effort to make sure Barack Obama is elected by hook or by crook. And on February 9, 2012, Judicial Watch launched its **2012 Election Integrity Project** to counter these efforts by the Obama campaign to steal the election. According to a recent Judicial Watch survey, the vast majority of Judicial Watch members want Judicial Watch to make this Election Integrity Project a major priority. The following are the results of the survey. Thank you to all who participated. JW



The Obama campaign has initiated a massive effort to make sure Barack Obama is elected by hook or by crook.

### 2012 Critical Election Member Survey Results

1) Judicial Watch has uncovered evidence that the Obama administration, in violation of federal law, continues to funnel federal taxpayer funds to renamed offshoots of the corrupt and criminal ACORN organization, which engaged in massive voter registration fraud in the 2008 election cycle. We have also uncovered government documents that show Project Vote, another ACORN front and once the employer of Barack Obama, has been conspiring with Obama White House and Justice Department officials in efforts to force states to undertake efforts to make it easier for individuals on public assistance to register to vote. As part of our efforts to ensure that the 2012 elections are conducted honestly and fairly, do you support continued investigations by Judicial Watch into the activities of ACORN-related groups and Project Vote?

**Yes 97%**     **No 0%**     **Unsure 3%**

2) Several states are attempting to enact reasonable voter identification requirements to ensure that only American citizens and legitimately registered voters are allowed to vote in this year's elections. These voter identification efforts are routinely opposed by the Obama Justice Department. Do you believe that Judicial Watch should offer to assist states in their legal battles with the Obama administration over sensible voter identification programs?

**Yes 97%**     **No 1%**     **Unsure 2%**

3) To counter the multiple assaults that the Obama administration has mounted against the honesty of the electoral process, Judicial Watch has launched its 2012 Election Integrity Project, which is designed to uphold the integrity of the 2012 elections. This project will include investigations and history-making lawsuits to protect our elections from being corrupted. Do you believe this project should receive a high priority as Judicial Watch budgets its resources in the upcoming months?

**Yes 96%**     **No 1%**     **Unsure 3%**

4) What sources of news do you generally rely upon for information about current events, politics and public policy? (Please check as many as apply)

**ABC News** 10%     **CBS News** 7%     **NBC News** 7%
**CNN News** 5%     **FOX News** 34%     **Local Newspaper** 24%
**Online Publications** 24%          **None** 2%