IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

_____
                                                       )
THE UNITED STATES OF AMERICA,   )
                                                      )
          *Plaintiff*,                    )
                                                      )
     v.                                      )   Case No. 4:12-cv-285-RH/CAS
                                                      )
STATE OF FLORIDA and KEN DETZNER, )
Secretary of State, in his official capacity,   )
                                                      )
         *Defendants*.          )
_____  )

### DECLARATION OF CATHERINE ENGELBRECHT

     Pursuant to 28 U.S.C. § 1746, I, Catherine Engelbrecht, hereby state and declare as follows:

     1.    My name is Catherine Engelbrecht. I am over the age of eighteen and have personal knowledge of the facts set forth below.

     2.    I am the President of True the Vote. True the Vote is a public interest organization whose purpose is to ensure that elections are conducted in accordance with the laws so that Americans have confidence in the integrity of our nation's election results.

     3.    In Florida, the Plaintiff's actions are invading True the Vote's legally protected interests in two separate ways. First, the Department of Justice's

actions are making it difficult or impossible for True the Vote to fulfill one of its essential purposes of ensuring voter registration rolls are highly accurate.  Second, the Department of Justice is making it necessary for True the Vote to divert resources it could be spending to on other election integrity measures to and to spend it instead on increased voter list maintenance efforts in Florida.  Plaintiff's actions, if successful, will make it more difficult for True the Vote to improve the voter rolls in Florida.  Since Plaintiff is attempting to prevent Florida from taking such action itself, True the Vote's ability to build on Florida's efforts will be hampered.

## True the Vote's Voter Registration List Accuracy Project

4. In order to satisfy its public interest mission, True the Vote obtains and examines official lists of eligible voters and other voter registration data from states, counties, and localities across the United States, including the State of Florida.  True the Vote reviews and analyzes these lists and compares them to other voter registration data in order to verify that the lists are as accurate and current as possible.  True the Vote strives to make voter rolls as close to 100% accurate as possible.  True the Vote engages in year round work towards this end because having highly accurate voter rolls is one of the simplest ways to promote voter confidence on Election Day and to make any illegal conduct more easy to detect if it occurs.

5. More specifically, True the Vote uses trained volunteers to review official lists of eligible voters and voter registration data and to compare these lists and data to other publically available data to identify possible inaccuracies and deficiencies. Registrations that appear to be duplicates or registrations of persons who are deceased, have relocated, or otherwise are ineligible to vote in a particular jurisdiction are flagged and citizen's complaints are filed with the appropriate elections officials.

6. This particular program is among the largest, if not the largest, of all of True the Vote's various programs and is essential to True the Vote's public interest mission. True the Vote has recruited and trained volunteers to analyze and verify the accuracy and currency of official lists of eligible voters and other voter registration data for the State of Florida for the November 2012 election and plans to recruit and train additional volunteers in Florida for this effort.

7. However, True the Vote's citizens-sponsored, volunteer program can only build on and supplement the list maintenance programs required of the States by federal voter registration laws. It cannot duplicate or replace the States' efforts. True the Vote's efforts to analyze and verify the accuracy and currency of official lists of eligible voters and other voter registration data, including official lists and other voter registration data in the State of Florida, are dependent in substantial part on States' fulfilling their voter list maintenance obligations under federal

voter registration laws.  If a State does not or cannot make a reasonable effort to conduct the voter list maintenance programs required by federal voter registration laws, then True the Vote's ability to meaningfully improve the accuracy and currency the State's voter lists is harmed.  Instead, True the Vote can only hope to make up for a small part of the State's failure to fulfill its legal obligations.

8. As I understand it, the National Voter Registration Act (NVRA) protects True the Vote's interest in its efforts to ensure Section 8's list maintenance obligations are being followed by the states.  Specifically, I understand that the NVRA requires states to make public all information concerning their voter list maintenance activities, and allows any person who is aggrieved by violations of the NVRA to bring lawsuits seeking enforcement in federal court.

9. If the United States succeeds in blocking the State of Florida's efforts to undertake voter list maintenance activities, it will harm True the Vote's citizen-sponsored, volunteer efforts to improve the accuracy and currency of the State of Florida's voter lists by preventing True the Vote from building on the State of Florida's own list maintenance efforts.  As a result, the United States' lawsuit, if successful, will undermine True the Vote's ability to satisfy one of its key organizational purposes in the State of Florida.

## True the Vote's Election Integrity Projects

10.In addition to the above-described voter registration list accuracy project, True the Vote is engaged in several other projects designed to ensure elections are conducted with integrity.  For instance, True the Vote trains and mobilizes volunteers to work as election monitors.  To this end, True the Vote creates instructional videos to recruit election monitors, holds training sessions and produces reference guides to educate election monitors, and directs volunteers who wish to serve as election monitors to the appropriate channels.  In addition, True the Vote also engages in voter registration programs to ensure that only individuals who satisfy the legal requirements to vote are registered to vote on election day.

11.Plaintiff's actions make it necessary for True the Vote to divert resources it could be spending on the above election integrity efforts and instead redouble its efforts to ensure Florida's voter rolls are clean.

## True the Vote's Unique Interest in the Litigation

12.As explained above in paragraphs 3 through 6, True the Vote's organizational purpose is not to make voter rolls reasonably accurate, but rather to make them highly accurate.  Thus, True the Vote's interests in the NVRA Section 8 enforcement issues in this litigation extend beyond that of Florida's.  While True

the Vote supports Florida's efforts to comply with federal law regarding voter list maintenance, its organizational purpose is narrowly focused on ensuring voter rolls are highly accurate. Florida's institutional interests as a state government include many other concerns beyond voter list maintenance. Accordingly, True the Vote needs to be involved in this litigation in its own capacity to ensure that its unique legal interests are taken into account by this Court.

    I HEREBY DECLARE under penalty of perjury that the foregoing is true and correct. Executed on this 20th day of July, 2012 in Houston, TX.

                                                               Catherine Engelbrecht