IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF FLORIDA; KEN DETZNER,<br>Secretary of State, in his official capacity,<br><br>Defendants. | CIVIL ACTION NO.<br>4:12-CV-00285-RH-CAS |

## UNITED STATES' MOTION TO AMEND SCHEDULING ORDER

On August 8, 2012, this Court entered a scheduling order in the present action. ECF 43. The United States hereby moves to amend certain deadlines in the schedule. The State of Florida does not oppose this motion.

On August 20, pursuant to the Court's August 8th Order, the United States received from the State of Florida a list of voters who had been removed from the voter rolls pursuant to the database matching program at issue in this case. The United States has also received responses from nine counties that were served with third-party subpoenas regarding voters who had been removed from the rolls pursuant to these procedures. To allow time to analyze the information provided by the State and the counties and to assess the possibility for a resolution of this matter with the State, the United States proposes adjusting three deadlines reflected in the parties' joint statue report (ECF 42) and the Court's August 8th Scheduling Order (ECF 43), relating to the deadline to amend the complaint and the deadlines regarding experts and expert rebuttal reports.

Allowing additional time will facilitate the possibility of settlement while delaying certain litigation expenses.

Accordingly, the United States proposes adjusting the August 30, 2012, deadline to amend the complaint to **September 27, 2012**. The United States further proposes adjusting the deadline for Rule 26(a)(2) disclosures from September 14, 2012, to **October 5, 2012**, and to adjust the deadline to file Rule 26(a)(2) disclosures for purposes of contradicting or rebutting expert evidence from October 5, 2012, to **October 26, 2012.** The Court would not need to adjust the final discovery deadline of December 17, 2012, to accommodate these changes.

For the foregoing reasons, the United States requests the Court modify the August 8th Scheduling Order.

Date: August 28, 2012

Respectfully submitted,

PAMELA C. MARSH
United States Attorney

THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division

/s/ John Albert Russ IV

MICHAEL HARWIN
Georgia Bar Number 335605
Assistant United States Attorney
111 North Adams Street, 4th Floor
Tallahassee, Florida 32301
Tel: (850)942-8483
Fax: (850) 942-8448

T. CHRISTIAN HERREN, JR
JOHN ALBERT RUSS IV
ELISE SANDRA SHORE
JENIGH J. GARRETT
Attorneys, Voting Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Ave. NW
Room NWB-7254
Washington, D.C. 20530
Tel: (202) 353-7738
Fax: (202) 307-3961

## Certificate of Service

I certify that on August 28, 2012, I served the foregoing United States' Motion to Amend the Scheduling Order through the ECF system upon the following counsel of record:

    Michael A. Carvin
    Gregory Katsas
    Warren Postman
    Jones Day
    51 Louisiana Ave., N.W.
    Washington, D.C. 20001
    maccarvin@jonesday.com
    ggkatsas@jonesday.com
    wpostman@jonesday.com

    Daniel E. Nordby
    Ashley E. Davis
    Florida Department of State
    R.A. Gray Building
    500 South Bronough Street, Suite 100
    Tallahassee, Florida 32399
    Daniel.Nordby@DOS.MyFlorida.com
    ashley.davis@dos.myflorida.com

                                              */s/ John Albert Russ IV*