IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.                        CASE NO. 4:12cv285-RH/CAS

STATE OF FLORIDA and KEN DETZNER,
Secretary of State, in his official capacity,

    Defendants.

_____/

## ORDER EXTENDING THE DEADLINES FOR 26(a)(2) DISCLOSURES AND FOR AMENDING A PLEADING

    The plaintiff's unopposed motion, ECF No. 45, to amend the schedule in specific respects is GRANTED. The deadline to amend a pleading is extended to September 27, 2012. The deadline for Federal Rule of Civil Procedure 26(a)(2) disclosures is extended to October 5, 2012. But the deadline is extended to October 26, 2012, for 26(a)(2) disclosures for evidence intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 26(a)(2)(B) or (C).

    SO ORDERED on August 31, 2012.

                                       s/Robert L. Hinkle
                                       United States District Judge