IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 4:12-CV-00285-RH-CAS |
| STATE OF FLORIDA; KEN DETZNER, | ) |
| Secretary of State, in his official capacity, | ) |
| Defendants. | ) |

**JOINT MOTION FOR STAY OF PROCEEDINGS**

The United States and Defendants respectfully move for a stay in the present action until after the November 6, 2012 general election.

Counsel for the parties are engaged in continued good-faith discussions regarding how to proceed to resolution of this case. In light of these discussions and in the interests of judicial economy to "secure the just, speedy, and inexpensive determination of every action," Fed. R. Civ. P. 1, the parties respectfully move this Court to stay proceedings in this case pending the November 6, 2012 elections.

Pursuant to the stay, the parties propose that all discovery deadlines as set forth in this Court's August 8 and August 31, 2012, orders (ECF No. 43 & 46) be held in abeyance. In light of Florida's post-election deadlines related to the administration of the November 6th election, the parties propose filing a Joint Status Report with the Court by December 4, 2012, regarding the status of the parties' discussions and any remaining issues in this case. If the parties are able to reach a full resolution of this matter before that date, they will inform the Court.

Date:   September 27, 2012                    Respectfully submitted,

For Plaintiff:

PAMELA C. MARSH                               THOMAS E. PEREZ
United States Attorney                        Assistant Attorney General
                                              Civil Rights Division


                                              /s/ Elise Sandra Shore

MICHAEL HARWIN                                T. CHRISTIAN HERREN, JR
Georgia Bar Number 335605                     JOHN ALBERT RUSS IV
Assistant United States Attorney              ELISE SANDRA SHORE
111 North Adams Street, 4th Floor             JENIGH J. GARRETT
Tallahassee, Florida 32301                    MARIA RIOS
Tel:  (850) 942-8483                          Attorneys, Voting Section
Fax: (850) 942-8448                           Civil Rights Division
                                              United States Department of Justice
                                              950 Pennsylvania Ave. NW
                                              Room NWB-7254
                                              Tel:   (202) 305-0070
                                              Fax:  (202) 307-3961
                                              United States Department of Justice


For Defendants:

/s/ Daniel E. Nordby

Daniel E. Nordby                              Michael A. Carvin (D.C. Bar No. 366784)
General Counsel                               Gregory G. Katsas (D.C. Bar No. 448142)
Florida Bar No. 14588                         Warren D. Postman (D.C. Bar No. 995083)
Daniel.Nordby@DOS.MyFlorida.com               JONES DAY
Ashley E. Davis                               51 Louisiana Avenue N.W.
Assistant General Counsel                     Washington, DC 20001
Florida Bar No. 48032                         Telephone:  (202) 879-3939
Ashley.Davis@DOS.MyFlorida.com                Facsimile:   (202) 626-1700
Florida Department of State                   macarvin@jonesday.com
R.A. Gray Building                            ggkatsas@jonesday.com
500 South Bronough Street, Suite 100          wpostman@jonesday.com
Tallahassee, Florida 32399-0250
Telephone (850) 245-6536
Facsimile (850) 245-6127                      Counsel for Secretary of State Detzner

Counsel for Defendants