IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.                                     CASE NO. 4:12cv285-RH/CAS

STATE OF FLORIDA and KEN DETZNER,
Secretary of State, in his official capacity,

    Defendants.

_____/

## ORDER STAYING PROCEEDINGS

The parties' joint motion to stay, ECF No. 47, is GRANTED IN PART. All deadlines that did not pass prior to September 27, 2012, are tolled until otherwise ordered. All proceedings other than the pending motions to intervene are stayed until otherwise ordered. The parties must file a joint status report by December 4, 2012, addressing the status of the case and setting out their proposed schedule for further proceedings.

    SO ORDERED on October 10, 2012.

                                       s/Robert L. Hinkle
                                       United States District Judge