IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 4:12-CV-00285-RH-CAS |
| STATE OF FLORIDA; KEN DETZNER, ) | |
| Secretary of State, in his official capacity, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT MOTION FOR STAY OF PROCEEDINGS

The United States and Defendants respectfully move for an extension of the stay in the present action until January 11, 2013. This action was previously stayed to permit the continued good-faith discussions of counsel for the parties regarding how to proceed to resolution of this case and in light of Florida's election deadlines related to the administration of the November 6th election. (ECF No. 48). Currently, the parties "must file a joint status report by December 4, 2012, addressing the status of the case and setting out their proposed schedule for further proceedings." *Id.* Counsel for the parties seek to continue their good-faith discussions, and in the interests of judicial economy to "secure the just, speedy, and inexpensive determination of every action," Fed. R. Civ. P. 1, the parties respectfully move this Court to continue the stay of the proceedings in this case for an additional month.

Pursuant to the stay, the parties propose that the Court extend the deadline in its October 10, 2012 order (ECF No. 48) to file a joint status report with the Court **to January 11, 2013**. If

the parties are able to reach a full resolution of this matter before that date, they will inform the

Court.

Date:   December 3, 2012                    Respectfully submitted,

**For Plaintiff**:

PAMELA C. MARSH                            THOMAS E. PEREZ
United States Attorney                     Assistant Attorney General
                                           Civil Rights Division


                                            */s/ Elise Sandra Shore*
                                           _____
MICHAEL HARWIN                             T. CHRISTIAN HERREN, JR
Georgia Bar Number 335605                  JOHN ALBERT RUSS IV
Assistant United States Attorney           ELISE SANDRA SHORE
111 North Adams Street, 4th Floor   JENIGH J. GARRETT
Tallahassee, Florida 32301                 MARIA RIOS
Tel:  (850) 942-8483                       Attorneys, Voting Section
Fax: (850) 942-8448                        Civil Rights Division
                                           United States Department of Justice
                                           950 Pennsylvania Ave. NW
                                           Room NWB-7254
                                           Tel:   (202) 305-0070
                                           Fax:  (202) 307-3961

**For Defendants**:


*/s/ Ashley E. Davis*
_____
Ashley E. Davis                           Michael A. Carvin (D.C. Bar No. 366784)
Assistant General Counsel                 Gregory G. Katsas (D.C. Bar No. 448142)
Florida Bar No. 48032                     Warren D. Postman (D.C. Bar No. 995083)
Ashley.Davis@DOS.MyFlorida.com            JONES DAY
Florida Department of State               51 Louisiana Avenue N.W.
R.A. Gray Building                        Washington, DC 20001
500 South Bronough Street, Suite 100      Telephone:  (202) 879-3939
Tallahassee, Florida 32399-0250           Facsimile:  (202) 626-1700
Telephone (850) 245-6536                  macarvin@jonesday.com
Facsimile (850) 245-6127                  ggkatsas@jonesday.com
                                          wpostman@jonesday.com

*Counsel for Defendants*

                                          *Counsel for Secretary of State Detzner*