# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.                              CASE NO. 4:12cv285-RH/CAS

STATE OF FLORIDA and KEN DETZNER,
Secretary of State, in his official capacity,

    Defendants.

_____/

## ORDER EXTENDING THE STAY

The parties' joint motion to extend the stay, ECF No. 50, is GRANTED. The parties must file a joint status report by January 11, 2013, addressing the status of the case and setting out their proposed schedule for further proceedings.

    SO ORDERED on December 5, 2012.

                                        s/Robert L. Hinkle
                                        United States District Judge