IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.<br>) 4:12-CV-00285-RH-CAS |
| STATE OF FLORIDA; KEN DETZNER,<br>Secretary of State, in his official capacity, | ) |
| Defendants. | ) |

**MOTION FOR WITHDRAWAL OF COUNSEL**

Pursuant to Northern District of Florida Local Rule 11.1(F), Defendant Kenneth W. Detzner, in his official capacity as Florida Secretary of State, moves this Court for an order allowing the withdrawal of Daniel E. Nordby as counsel for Defendants, and in support of this motion states:

1. Mr. Nordby has recently resigned as General Counsel to the Florida Department of State and as such no longer represents the Defendants.

2. Defendant Kenneth W. Detzner is and will continue to be represented in this matter by Ashley E. Davis, Assistant General Counsel for the Florida Department of State; and by Michael Carvin, Warren Postman, and John Gore of the Jones Day law firm.

3. The undersigned counsel has informed the Defendant of this motion and the Defendant is agreeable to the withdrawal of Mr. Nordby as counsel. Notice has also been provided to counsel for the Plaintiff.

4. This change in representation will not prejudice any party in this matter.

- 2 -

WHEREFORE, the Defendant respectfully requests that this Court enter an order allowing Daniel E. Nordby to withdraw as counsel for Defendants.

                        Respectfully submitted,

                        /s/ Ashley E. Davis
                        Assistant General Counsel
                        Florida Department of State
                        R.A. Gray Building
                        500 South Bronough Street, Suite 100
                        Tallahassee, Florida 32399-0250
                        Telephone:  (850) 245-6536
                        Facsimile: (850) 245-6127
                        Ashley.Davis@DOS.MyFlorida.com
                        Betty.Money@DOS.MyFlorida.com
                        Stacey.Small@DOS.MyFlorida.com

                        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by filing in this court's CM/ECF system this 10th day of December 2012 on all attorneys of record in this matter.

                        /s/  Ashley E. Davis
                        Attorney