IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.                                   CASE NO.   4:12cv285-RH/CAS

STATE OF FLORIDA and KEN DETZNER,
Secretary of State, in his official capacity,

    Defendants.

_____/

## ORDER GRANTING LEAVE TO WITHDRAW—NORDBY

The unopposed motion of attorney Daniel E. Nordby for leave to withdraw as an attorney for the defendants, ECF No. 52, is GRANTED, effective immediately.

SO ORDERED on December 12, 2012.

                                        s/Robert L. Hinkle
                                        United States District Judge