IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF FLORIDA; KEN DETZNER,<br>Secretary of State, in his official capacity.<br><br>Defendants. | CASE NO.  4:12-CV-285-RH/CAS |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to dismissal of this action, with each party to this action bearing its own attorneys' fees, expenses, and costs.

Accordingly, the parties respectfully request that the Court enter a final order consistent with the above stipulation in order to conclude this action.

Date:  January 10, 2013 　　　　　　　　　　Respectfully submitted,

**For Plaintiff:**

PAMELA C. MARSH　　　　　　　　　　　　THOMAS E. PEREZ
United States Attorney　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　Civil Rights Division

　　　　　　　　　　　　　　　　　　　　　/s/ *Elise Sandra Shore*
　　　　　　　　　　　　　　　　　　　　　―――――――――――――
MICHAEL HARWIN　　　　　　　　　　　　T. CHRISTIAN HERREN, JR
Georgia Bar Number 335605　　　　　　　　JOHN ALBERT RUSS IV
Assistant United States Attorney　　　　　　ELISE SANDRA SHORE
111 North Adams Street, 4th Floor　　　　　JENIGH J. GARRETT
Tallahassee, Florida 32301　　　　　　　　　MARIA RIOS
Tel: (850) 942-8483　　　　　　　　　　　　Attorneys, Voting Section
Fax: (850) 942-8448　　　　　　　　　　　　Civil Rights Division
　　　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　　　950 Pennsylvania Ave. NW
　　　　　　　　　　　　　　　　　　　　　Room NWB-7254
　　　　　　　　　　　　　　　　　　　　　Tel: (202) 305-0070
　　　　　　　　　　　　　　　　　　　　　Fax: (202) 307-3961

**For Defendants:**

/s/ *Ashley E. Davis*
―――――――――――――
Ashley E. Davis　　　　　　　　　　　　　　Michael A. Carvin (D.C. Bar No. 366784)
Assistant General Counsel　　　　　　　　　Gregory G. Katsas (D.C. Bar No. 448142)
Florida Bar No. 48032　　　　　　　　　　　Warren D. Postman (D.C. Bar No. 995083)
Ashley.Davis@DOS.MyFlorida.com　　　　　JONES DAY
Florida Department of State　　　　　　　　51 Louisiana Avenue N.W.
R.A. Gray Building　　　　　　　　　　　　Washington, DC 20001
500 South Bronough Street, Suite 100　　　Telephone: (202) 879-3939
Tallahassee, Florida 32399-0250　　　　　　Facsimile: (202) 626-1700
Telephone (850) 245-6536　　　　　　　　　macarvin@jonesday.com
Facsimile (850) 245-6127　　　　　　　　　ggkatsas@jonesday.com
　　　　　　　　　　　　　　　　　　　　　wpostman@jonesday.com

*Counsel for Defendants*

　　　　　　　　　　　　　　　　　　　　　*Counsel for Secretary of State Detzner*