# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           CASE NO. 4:12cv285-RH/CAS

STATE OF FLORIDA and KEN DETZNER,
Secretary of State, in his official capacity,

    Defendants.

_____/

## ORDER CLOSING THE FILE

The parties have filed a stipulation for dismissal. ECF No. 54. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). This order confirms that the case has been dismissed. The clerk must close the file.

SO ORDERED on January 16, 2013.

                                          s/Robert L. Hinkle
                                          United States District Judge